# EXHIBIT B

| | |
|---|---|
| **From:** | Energy Intelligence [eigcirculation@networkats.com] |
| **Sent:** | Friday, May 08, 2015 7:00 PM |
| **To:** | *NGW Subscribers |
| **Subject:** | Natural Gas Week, May 11, 2015  (pdf) |
| **Attachments:** | ng150511.pdf |

```
CUSTOMER SERVICE:
For any delivery problems, or changes in address, simply e-mail
CustomerService@energyintel.com Please be sure to include full subscriber/company name and
address in your e-mail.

For more information on Energy Intelligence, visit www.energyintel.com

VIEWING .PDF DOCUMENTS:
Use the Adobe Acrobat Reader to view an attached PDF document in its full graphic format,
that is, exactly as it is printed. If you don't have Adobe Acrobat Reader installed, you can
download it from the internet: http://www.adobe.com Follow the links at Adobe's web site to
Acrobat Reader.
Once Acrobat Reader is installed, save the .PDF document to your disk, open Adobe Acrobat
Reader and then open the .PDF document.
*******************************
```

Copyright (c) 2015 Energy Intelligence Group, Inc.  All rights reserved.

Reproduction or distribution internally or externally in any manner (photostatically,
electronically, or via facsimile), including by sharing printed copies, or forwarding or
posting on local- and wide-area networks and intranets, or sharing user name and password, is
strictly prohibited without appropriate license from Energy Intelligence -- contact
CustomerService@energyintel.com for more information.