# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG **TX 5–999–831**

EFFECTIVE DATE OF REGISTRATION

8   6   04

APPLICATION RECEIVED
AUG 0 6 2004
ONE DEPOSIT RECEIVED
AUG 0 6 2004
EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

TITLE ▼     Natural Gas Week          ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 20 | 1 | January 5, 2004 | January 5, 2004 |
| 2. | 20 | 2 | January 12, 2004 | January 12, 2004 |
| 3. | 20 | 3 | January 19, 2004 | January 19, 2004 |
| 4. | 20 | 4 | January 26, 2004 | January 26, 2004 |
| 5. | 20 | 5 | February 2, 2004 | February 2, 2004 |
| 6. | 20 | 6 | February 9, 2004 | February 9, 2004 |
| 7. | 20 | 7 | February 16, 2004 | February 16, 2004 |
| 8. | 20 | 8 | February 23, 2004 | February 23, 2004 |
| 9. | 20 | 9 | March 1, 2004 | March 1, 2004 |
| 10. | 20 | 10 | March 8, 2004 | March 8, 2004 |
| 11. | 20 | 11 | March 15, 2004 | March 15, 2004 |
| 12. | 20 | 12 | March 22, 2004 | March 22, 2004 |
| 13. | 20 | 13 | March 29, 2004 | March 29, 2004 |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____     Typed or printed name  Beverly Fitzpatrick

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Beverly Fitzpatrick          Daytime telephone  202-662-0700
Address (if other than given below) _____
Fax  202-662-0719          Email  bfitzpatrick@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼  5 East 37th Street, 5th Floor
City/State/ZIP ▼  New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account _____

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 5‑999‑955

EFFECTIVE DATE OF REGISTRATION
8‑6‑04

APPLICATION RECEIVED
AUG 06 2004

ONE DEPOSIT RECEIVED
AUG 06 2004

EXAMINED BY  TEIC       CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Natural Gas Week | | | | 8756-3037 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 20 | 14 | April 5, 2004 | April 5, 2004 |
| 2. | 20 | 15 | April 12, 2004 | April 12, 2004 |
| 3. | 20 | 16 | April 19, 2004 | April 19, 2004 |
| 4. | 20 | 17 | April 26, 2004 | April 26, 2004 |
| 5. | 20 | 18 | May 3, 2004 | May 3, 2004 |
| 6. | 20 | 19 | May 10, 2004 | May 10, 2004 |
| 7. | 20 | 20 | May 17, 2004 | May 17, 2004 |
| 8. | 20 | 21 | May 24, 2004 | May 24, 2004 |
| 9. | 20 | 22 | May 31, 2004 | May 31, 2004 |
| 10. | 20 | 23 | June 7, 2004 | June 7, 2004 |
| 11. | 20 | 24 | June 14, 2004 | June 14, 2004 |
| 12. | 20 | 25 | June 21, 2004 | June 21, 2004 |
| 13. | 20 | 26 | June 28, 2004 | June 28, 2004 |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼       Domicile ▼       Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____*Beverly J. Fitzpatrick*_____   Typed or printed name  Beverly Fitzpatrick

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Beverly Fitzpatrick       Daytime telephone  202-662-0700

Address (if other than given below)

Fax  202-662-0719       Email  bfitzpatrick@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown |
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼ New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper       U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-265-625**

TX0006265625

**EFFECTIVE DATE OF REGISTRATION**

JAN 25 2006

**APPLICATION RECEIVED**
JAN 25 2006

**ONE DEPOSIT RECEIVED**
JAN 25 2006

**EXAMINED BY** DBW    **CORRESPONDENCE** ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

**TITLE ▼**    Natural Gas Week    **ISSN ▼** 8756-3037

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. 20 | 27 | July 5, 2004 | July 5, 2004 |
| 2. 20 | 28 | July 12, 2004 | July 12, 2004 |
| 3. 20 | 29 | July 19, 2004 | July 19, 2004 |
| 4. 20 | 30 | July 26, 2004 | July 26, 2004 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Beverly G. Fitzpatrick*    Typed or printed name  Beverly Fitzpatrick

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Beverly Fitzpatrick    Daytime telephone  202-662-0700
Address (if other than given below)

Fax  202-662-0719    Email  bfitzpatrick@energyintel.com

| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown | **DEPOSIT ACCOUNT** Account number  DA083550 |
|---|---|---|
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor | Name of account |
| | **City/State/ZIP ▼** New York, NY 10016-2807 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000    Web Rev: July 2002    Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,019

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-019-422**

*TX006019422*

APPLICATION RECEIVED
9 13 04
SEP 13 2004

ONE DEPOSIT RECEIVED
SEP 13 2004

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

# 1

**List in order of publication**

**No previous registration under identical title**

**TITLE ▼**    Natural Gas Week

**ISSN ▼**    8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1 | 20 | 31 | August 2, 2004 | August 2, 2004 |
| 2 | 20 | 32 | August 9, 2004 | August 9, 2004 |
| 3 | 20 | 33 | August 16, 2004 | August 16, 2004 |
| 4 | 20 | 34 | August 23, 2004 | August 23, 2004 |
| 5 | 20 | 35 | August 30, 2004 | August 30, 2004 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

# 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown    Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479    Email   dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev. July 2002   Printed on recycled paper

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-055-368**

*TX0060553688*

EFF.

**NOV 0 9 2004**

APPLICATION RECEIVED
**NOV 0 9 2004**
ONE DEPOSIT RECEIVED
**NOV 0 9 2004**
EXAMINED BY ___    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

TITLE ▼ Natural Gas Week    ISSN ▼ 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 20 | 36 | September  6, 2004 | September  6, 2004 |
| 2. | 20 | 37 | September 13, 2004 | September 13, 2004 |
| 3. | 20 | 38 | September 20, 2004 | September 20, 2004 |
| 4. | 20 | 39 | September 27, 2004 | September 27, 2004 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*        Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown        Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below)

Fax  212-532-4479        Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE  **TX 6-055-369**

*TX0060553369*

EFFECTIVE DATE OF REGISTRATION

**NOV 0 9 2004**

APPLICATION RECEIVED
11-9-04
ONE DEPOSIT RECEIVED
11-9-04
EXAMINED BY _____  CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Natural Gas Week | | | | 8756-3037 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 20 | 40 | October 4, 2004 | October 4, 2004 |
| 2. | 20 | 41 | October 11, 2004 | October 11, 2004 |
| 3. | 20 | 42 | October 18, 2004 | October 18, 2004 |
| 4. | 20 | 43 | October 25, 2004 | October 25, 2004 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown          Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below) _____

Fax  212-532-4479          Email  dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | |
|---|---|
| Name ▼  Energy Intelligence Group/ Attn: Deborah A Brown | |
| Number/Street/Apt ▼  5 East 37th Street, 5th Floor | |
| City/State/ZIP ▼  New York, NY 10016-2807 | |

DEPOSIT ACCOUNT
Account number  DA083550
Name of account  _____
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**

TX 6—099—345

TXl806099345

EFFECTIVE DATE OF REGISTRATION

*1-18-05*

APPLICATION RECEIVED
JAN 1 8 2005

ONE DEPOSIT RECEIVED
JAN 1 8 2005

EXAMINED BY _____   ☐ CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE**

## 1
**List in order of publication**

> No previous registration under identical title

| | TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|---|
| | Natural Gas Week | | | 8756-3037 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 20 | 44 | November 1 2004 | November 1 2004 |
| 2 | 20 | 45 | November 8 2004 | November 8 2004 |
| 3 | 20 | 46 | November 15 2004 | November 15 2004 |
| 4 | 20 | 47 | November 22 2004 | November 22 2004 |
| 5 | 20 | 48 | November 29 2004 | November 29 2004 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street 5th Floor
New York, New York 10016-2807

FOR NON U S WORKS   Author s citizenship ▼ _____   Domicile ▼ _____   Nation of publication ▼ _____

**CERTIFICATION**   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application that all the conditions specified in the instructions on the back of this form are met that I have deposited two complimentary
subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Deborah A Brown*   Typed or printed name   Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A Brown   Daytime telephone   212 532 3405 ext 1124

Address (if other than given below) _____

Fax   212 532 4479   Email   dbrown@energyintel com

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group/ Attn  Deborah A Brown
Number/Street/Apt ▼
5 East 37th Street  5th Floor
City/State/ZIP ▼
New York  NY 10016 2807

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington  D C  20559 6000

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account _____
Energy Intelligence Group

17 U S C  §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-099-346**

TX0006099346

**EFFECTIVE DATE OF REGISTRATION**

1-18-05

**APPLICATION RECEIVED**
JAN 1 8 2005
**ONE DEPOSIT RECEIVED**
JAN 1 8 2005
**EXAMINED BY** _____  **CORRESPONDENCE ☐**

DO NOT WRITE ABOVE THIS LINE

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**  Natural Gas Week

**ISSN▼** 8756 3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 20 | 49 | December 6 2004 | December 6 2004 |
| 2 | 20 | 50 | December 13 2004 | December 13 2004 |
| 3 | 20 | 51 | December 20 2004 | December 20 2004 |
| 4 | 20 | 52 | December 27 2004 | December 27 2004 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street 5th Floor
New York, New York 10016-2807

**FOR NON US WORKS** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION**  I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*    Typed or printed name  Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A Brown      Daytime telephone  212 532 3405 ext 1124
Address (if other than given below)

Fax  212 532 4479      Email  dbrown@energyintel com

Certificate will be mailed in window envelope to this address

Name▼ Energy Intelligence Group/ Attn  Deborah A Brown
Number/Street/Apt ▼ 5 East 37th Street 5th Floor
City/State/ZIP▼ New York NY 10016 2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account

Energy Intelligence Group
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559 6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6--124--328**

TX0006124328

EFFECTIVE DATE OF REGISTRATION

03   11   05

APPLICATION RECEIVED
MAR 11 2005

ONE DEPOSIT RECEIVED
MAR 11 2005

EXAMINED BY          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

**List in order of publication**

**No previous registration under identical title** ☐

| TITLE ▼ | | | | |
|---------|---|---|---|---|
| Natural Gas Week | | | | ISSN ▼  8756 3037 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 21 | 1 | January 3 2005 | January 3 2005 |
| 2 | 21 | 2 | January 10 2005 | January 10 2005 |
| 3 | 21 | 3 | January 17 2005 | January 17 2005 |
| 4 | 21 | 4 | January 24 2005 | January 24 2005 |
| 5 | 21 | 5 | January 31 2005 | January 31 2005 |
| 6 | 21 | 6 | February 7 2005 | February 7 2005 |
| 7 | 21 | 7 | February 14 2005 | February 14 2005 |
| 8 | 21 | 8 | February 21 2005 | February 21 2005 |
| 9 | 21 | 9 | February 28 2005 | February 28 2005 |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street 5th Floor
New York, New York 10016-2807

**FOR NON US WORKS** Author s citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION**   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application that all the conditions specified in the instructions on the back of this form are met that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Deborah A Brown*          Typed or printed name   Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A Brown          Daytime telephone   212 532 3405 ext 1124

Address (if other than given below)

Fax   212 532 4479          Email   dbrown@energyintel com

---

| Certificate will be mailed in window envelope to this address | Name ▼  Energy Intelligence Group/ Attn  Deborah A Brown | DEPOSIT ACCOUNT  Account number   DA083550 |
|---|---|---|
| | Number/Street/Apt ▼  5 East 37th Street 5th Floor | Name of account |
| | City/State/ZIP ▼  New York NY 10016 2807 | Energy Intelligence Group  MAIL TO  Library of Congress  Copyright Office  101 Independence Avenue S E  Washington D C 20559-6000 |

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE

**TX 6-146-619**

*TX0006146619*

EFFECTIVE DATE OF REGISTRATION

5/2/05

APPLICATION RECEIVED
MAY 02 2005

ONE DEPOSIT RECEIVED
MAY 02 2005

EXAMINED BY  *LA*      CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**

Natural Gas Week

**ISSN ▼**

8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 21 | 10 | March 7, 2005 | March 7, 2005 |
| 2. | 21 | 11 | March 14, 2005 | March 14, 2005 |
| 3. | 21 | 12 | March 21, 2005 | March 21, 2005 |
| 4. | 21 | 13 | March 28, 2005 | March 28, 2005 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*          Typed or printed name  Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown          Daytime telephone  212-532-3405 ext. 1124

Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | **DEPOSIT ACCOUNT** |
|---|---|
| Name ▼ Energy Intelligence Group/ Attn: Deborah A Brown | Account number  DA083550 |
| Number/Street/Apt ▼ 5 East 37th Street, 5th Floor | Name of account |
| City/State/ZIP ▼ New York, NY 10016-2807 | Energy Intelligence Group |

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX **6-146-621**

*TX0006146621*

EFFECTIVE DATE OF REGISTRATION

5/2/05

APPLICATION RECEIVED
MAY 02 2005

ONE DEPOSIT RECEIVED
MAY 02 2005

EXAMINED BY _____  CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

TITLE ▼   Natural Gas Week

ISSN ▼   8756-3037

No previous registration under identical title ☐

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication▼ |
|---|---|---|---|---|
| 1. | 21 | 14 | April 4, 2005 | April 4, 2005 |
| 2. | 21 | 15 | April 11, 2005 | April 11, 2005 |
| 3. | 21 | 16 | April 18, 2005 | April 18, 2005 |
| 4. | 21 | 17 | April 25, 2005 | April 25, 2005 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

---

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A. Brown*        Typed or printed name   Deborah A. Brown

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown        Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | Name▼  Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt▼  5 East 37th Street, 5th Floor |
| | City/State/ZIP▼  New York, NY 10016-2807 |

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,019

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG **TX 6-171-990**

TX0006171990

EFFECTIVE DATE OF REGISTRATION

06    07    2005

APPLICATION RECEIVED
JUN 07 2005

DEPOSIT RECEIVED
JUN 07 2005

EXAMINED BY   *vmc*         CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE**

### 1
List in order of publication

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Natural Gas Week  (5) | | | | 8756 3037 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 21 | 18 | May 2 2005 | May 2 2005 |
| 2 | 21 | 19 | May 9 2005 | May 9 2005 |
| 3 | 21 | 20 | May 16 2005 | May 16 2005 |
| 4 | 21 | 21 | May 23 2005 | May 23 2005 |
| 5 | 21 | 22 | May 30 2005 | May 30 2005 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

---

### 2
**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON U S WORKS   Author s citizenship ▼        Domicile ▼        Nation of publication ▼

---

**CERTIFICATION**    I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress  and that  the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Deborah A Brown*       Typed or printed name   Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A Brown                          Daytime telephone   212 532 3405 ext 1124
Address (if other than given below)

Fax   212 532-4479              Email   dbrown@energyintel com

---

| Certificate will be mailed in window envelope to this address | Name ▼ Energy Intelligence Group/ Attn  Deborah A Brown |
|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street  5th Floor |
| | City/State/ZIP ▼ New York  NY 10016 2807 |

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

Energy Intelligence Group

Mail to
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6–203–948**

*TX0006203948*

EFFECTIVE DATE OF REGISTRATION

*July 18 2005*

APPLICATION RECEIVED
JUL 18 2005
ONE DEPOSIT RECEIVED
JUL 18 2005
EXAMINED BY *(m)*          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**  Natural Gas Week           **ISSN ▼** 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 21 | 23 | June  6, 2005 | June  6, 2005 |
| 2. | 21 | 24 | June 13, 2005 | June 13, 2005 |
| 3. | 21 | 25 | June 20, 2005 | June 20, 2005 |
| 4. | 21 | 26 | June 27, 2005 | June 27, 2005 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary
subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) *Deborah A Brown*          Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown          Daytime telephone   212-532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

---

Certificate
will be
mailed
in window
envelope
to this
address:

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown
**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor
**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

Energy Intelligence Group
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES
**TX 6-208-574**

*MTX0006208574M*

EFFECTIVE DATE OF REGISTRATION

08   16   2005

APPLICATION RECEIVED
AUG 16 2005
ONE DEPOSIT RECEIVED
AUG 16 2005
EXAMINED BY *me*   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title

TITLE ▼   **Natural Gas Week**   ISSN▼  8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 21 | 27 | July   4, 2005 | July   4, 2005 |
| 2. | 21 | 28 | July  11, 2005 | July  11, 2005 |
| 3. | 21 | 29 | July  18, 2005 | July  18, 2005 |
| 4. | 21 | 30 | July  25, 2005 | July  25, 2005 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼       Domicile ▼       Nation of publication ▼

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*       Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown       Daytime telephone   212-532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479       Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name▼  Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼  5 East 37th Street, 5th Floor
City/State/ZIP▼  New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

Energy Intelligence Group
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-224-841**

EFFECTIVE DATE OF REGISTRATION
9-27-05

APPLICATION RECEIVED
SEP 27 2005

ONE DEPOSIT RECEIVED
SEP 27 2005

EXAMINED BY ____   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE ▼
Natural Gas Week

ISSN ▼
8756-3037

List in order of publication

No previous registration under identical title ☐

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 21 | 31 | August 1, 2005 | August 1, 2005 |
| 2. | 21 | 32 | August 8, 2005 | August 8, 2005 |
| 3. | 21 | 33 | August 15, 2005 | August 15, 2005 |
| 4. | 21 | 34 | August 22, 2005 | August 22, 2005 |
| 5. | 21 | 35 | August 29, 2005 | August 29, 2005 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*        Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown        Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below) ____

Fax  212-532-4479        Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account ____

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG **TX 6-227-288**

*TX0062272288*

**EFFECTIVE DATE OF REGISTRATION**

**OCT 0 7 2005**
APPLICATION RECEIVED
**OCT 0 7 2005** (two)
ONE DEPOSIT RECEIVED
**OCT 0 7 2005**
EXAMINED BY   CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1**

List in order of publication

No previous registration under identical title

**TITLE ▼**  Natural Gas Week          **ISSN ▼** 8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 21 | 36 | September  5, 2005 | September  5, 2005 |
| 2. | 21 | 37 | September 12, 2005 | September 12, 2005 |
| 3. | 21 | 38 | September 19, 2005 | September 19, 2005 |
| 4. | 21 | 39 | September 26, 2005 | September 26, 2005 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*          Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown          Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below)
Fax  212-532-4479          Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account

Energy Intelligence Group
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGIS   **TX 6-210-695**



EFFECTIVE DATE OF REGISTRATION

**11-10-05**

APPLICATION RECEIVED
**NOV 1 0 2005**

CORRESPONDENCE
**NOV 1 0 2005**

EXAMINED BY _____   CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**TITLE ▼**   Natural Gas Week

**ISSN ▼**   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1 | 21 | 40 | October 3, 2005 | October 3, 2005 |
| 2 | 21 | 41 | October 10, 2005 | October 10, 2005 |
| 3 | 21 | 42 | October 17, 2005 | October 17, 2005 |
| 4 | 21 | 43 | October 24, 2005 | October 24, 2005 |
| 5 | 21 | 44 | October 31, 2005 | October 31, 2005 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

---

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:   Author's citizenship ▼      Domicile ▼      Nation of publication ▼

---

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*      Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown      Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below) _____

Fax   212-532-4479      Email   dbrown@energyintel.com

---

**Certificate will be mailed in window envelope to this address:**

Name ▼   Energy Intelligence Group/ Attn: Deborah A Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/ZIP ▼   New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account _____

Energy Intelligence Group

Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGIS   **TX 6-253-488**

EFFECTIVE DATE OF REGISTRATION

*12   21   05*

APPLICATION RECEIVED
DEC 21 2005

ONE DEPOSIT RECEIVED
DEC 21 2005

EXAMINED BY *me*      CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

TITLE ▼   Natural Gas Week

ISSN ▼   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1 | 21 | 45 | November 7, 2005 | November 7, 2005 |
| 2 | 21 | 46 | November 14, 2005 | November 14, 2005 |
| 3 | 21 | 47 | November 21, 2005 | November 21, 2005 |
| 4 | 21 | 48 | November 28, 2005 | November 28, 2005 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼      Domicile ▼      Nation of publication ▼

---

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown      Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown | DEPOSIT ACCOUNT Account number   DA083550 |
|---|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor | Name of account |
| | City/State/ZIP ▼ New York, NY 10016-2807 | Energy Intelligence Group |

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper      U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-340-917**

EFFECTIVE DATE OF REGISTRATION

*1-17-06*

APPLICATION RECEIVED
*1-17-06*

ONE DEPOSIT RECEIVED
*1-17-06*

EXAMINED BY          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

List in order of publication

**TITLE ▼**  Natural Gas Week

**ISSN ▼**  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1 | 21 | 49 | December 5, 2005 | December 5, 2005 |
| 2 | 21 | 50 | December 12, 2005 | December 12, 2005 |
| 3 | 21 | 51 | December 19, 2005 | December 19, 2005 |
| 4 | 21 | 52 | December 26, 2005 | December 26, 2005 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U S WORKS**  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*

Typed or printed name  Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A Brown          Daytime telephone  212-532-3405 ext 1124

Address (if other than given below) 

Fax  212-532-4479          Email  dbrown@energyintel com

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address | **Name ▼** Energy Intelligence Group/ Attn Deborah A Brown | **DEPOSIT ACCOUNT** Account number  DA083550 |
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor | Name of account |
| | **City/State/ZIP ▼** New York, NY 10016-2807 | Energy Intelligence Group |

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE   **TX 6-390-732**

EFFECTIVE DATE OF REGISTRATION

*2-8-06*

APPLICATION RECEIVED   **FEB 0 8 2006**

ONE DEPOSIT RECEIVED   **FEB 0 8 2006**

EXAMINED BY [signature]     CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No accounts registered under identical title ☐

TITLE ▼   Natural Gas Week           ISSN ▼   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 1 | January 2, 2005 | January 2, 2005 |
| 2. | 22 | 2 | January 9, 2005 | January 9, 2005 |
| 3. | 22 | 3 | January 16, 2005 | January 16, 2005 |
| 4. | 22 | 4 | January 23, 2005 | January 23, 2005 |
| 5. | 22 | 5 | January 30, 2005 | January 30, 2005 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*    Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown        Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below)

Fax  212-532-4479        Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account

Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1-205595719

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**TX 6−704−758**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

$Mar\ 30\ 2009$
Month · Day · Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**



**A**

Title of Work ▼
Natural Gas Week

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX 6-300-732 | 2006 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Energy Intelligence Group<br>5 East 37th Street, 5th Floor New York, NY 10016-2807 | Energy Intelligence Group<br>5 East 37th Street, 5th Floor New York, NY 10016-2807 |



**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number **1**     Line Heading or Description **Issue date on copies & Month, day, year of publication**

Incorrect Information as It Appears In Basic Registration ▼

January 2, 2005

Corrected Information ▼

January 2, 2006

Explanation of Correction ▼

Wrong year was entered: year should have been 2006 and not 2005



Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

| FORM CA RECEIVED | FORM CA |
|---|---|
| **MAR 3 0 2009** | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES: ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

Line 2 - Issue date on copies & Month, day, and year of publication
Incorrect Information - January 9, 2005
Correct Information - January 9, 2006

Line 3 - Issue date on copies & Month, day, and year of publication
Incorrect Information - January 16, 2005
Correct Information - January 16, 2006

Line 4 - Issue date on copies & Month, day, and year of publication
Incorrect Information - January 23, 2005
Correct Information - January 23, 2006

Line 5 - Issue date on copies & Month, day, and year of publication
Incorrect Information - January 30, 2005
Correct Information - January 30, 2006

Correspondence Give name and address to which correspondence about this application should be sent.

Energy Intelligence Group/Attn: Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

Phone ( 646 ) 616-0624          Fax ( 212 ) 532-4479          Email dbrown@energyintel.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name  Energy Intelligence Group

Account Number  DA083550

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  Energy Intelligence Group
_____ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

- of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Deborah A. Brown          Date ▼  March 20, 2009

Handwritten signature (X) ▼  Deborah A Brown

| Certificate will be mailed in window envelope to this address: | Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼  5 East 37th Street/5th Floor |
| | City/State/ZIP ▼  New York, NY 10016-2807 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print: 07/2006 —x,000   Printed on recycled paper          U.S. Government Printing Office: 2006—xxx-xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-310-976

3-7-06

APPLICATION RECEIVED
MAR 0 7 2006

ONE DEPOSIT RECEIVED
MAR 0 7 2006

EXAMINED BY                    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** **TITLE ▼**

Natural Gas Week

**ISSN ▼**  8756-3037

**List in order of publication**

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 6 | February 6, 2006 | February 6, 2006 |
| 2. | 22 | 7 | February 13, 2006 | February 13, 2006 |
| 3. | 22 | 8 | February 20, 2006 | February 20, 2006 |
| 4. | 22 | 9 | February 27, 2006 | February 27, 2006 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** **NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

| FOR NON-U.S. WORKS: Author's citizenship ▼ | Domicile ▼ | Nation of publication ▼ |
|---|---|---|

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name    Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name    Deborah A. Brown

Daytime telephone    212-532-3405 ext. 1124

Address (if other than given below)

Fax    212-532-4479    Email    dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | | DEPOSIT ACCOUNT |
|---|---|---|
| Name▼ Energy Intelligence Group/ Attn: Deborah A. Brown | | Account number DA083550 |
| Number/Street/Apt ▼ 5 East 37th Street, 5th Floor | | Name of account |
| City/State/ZIP▼ New York, NY 10016-2807 | | Energy Intelligence Group |

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-313-729**



EFFECTIVE DATE OF REGISTRATION

04   07   06

APPLICATION RECEIVED
APR 0 7 2006

ONE DEPOSIT RECEIVED
APR 0 7 2006

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Natural Gas Week | | | | 8756-3037 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 10 | March 6, 2006 | March 6, 2006 |
| 2. | 22 | 11 | March 13, 2006 | March 13, 2006 |
| 3. | 22 | 12 | March 20, 2006 | March 20, 2006 |
| 4. | 22 | 13 | March 27, 2006 | March 27, 2006 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*     Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown     Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below)

Fax  212-532-4479     Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Energy Intelligence Group/ Attn: Deborah A. Brown |
| Number/Street/Apt ▼ |
| 5 East 37th Street, 5th Floor |
| City/State/ZIP ▼ |
| New York, NY 10016-2807 |

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper     U.S. Government Printing Office: 2003-499-605/60,010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG **TX 6‑346‑012**

EFFECTIVE DATE OF REGISTRATION

*May, 08 2006*
APPLICATION RECEIVED
MAY 08 2006
ONE DEPOSIT RECEIVED
MAY 08 2006
EXAMINED BY        CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1  List in order of publication

No previous registration under identical title ☐

TITLE ▼ Natural Gas Week

ISSN ▼ 8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 14 | April 3, 2006 | April 3, 2006 |
| 2. | 22 | 15 | April 10, 2006 | April 10, 2006 |
| 3. | 22 | 16 | April 17, 2006 | April 17, 2006 |
| 4. | 22 | 17 | April 24, 2006 | April 24, 2006 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*        Typed or printed name Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name Deborah A. Brown        Daytime telephone 212-532-3405 ext. 1124
Address (if other than given below) _____

Fax 212-532-4479        Email dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name▼ Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼ 5 East 37th Street, 5th Floor
City/State/ZIP▼ New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number DA083550
Name of account _____

MAIL TO
Energy Intelligence Group
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002 —70,000   Web Rev: July 2002   Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6—425—309**

EFFECTIVE DATE OF REGISTRATION

**6-13-06**

APPLICATION RECEIVED
**JUN 1 3 2006**

ONE DEPOSIT RECEIVED
**JUN 1 3 2006**

EXAMINED BY **AWD**     CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**
Natural Gas Week

**ISSN ▼**
8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 18 | May 1, 2006 | May 1, 2006 |
| 2. | 22 | 19 | May 8, 2006 | May 8, 2006 |
| 3. | 22 | 20 | May 15, 2006 | May 15, 2006 |
| 4. | 22 | 21 | May 22, 2006 | May 22, 2006 |
| 5. | 22 | 22 | May 29, 2006 | May 29, 2006 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*     Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown     Daytime telephone   212-532-3405 ext. 1124
Address (if other than given below) _____

Fax   212-532-4479     Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account _____

Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.,
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper     U.S. Government Printing Office 2003-496-605/60,018

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-397-450**

EFFECTIVE DATE OF REGISTRATION

07    25    06

APPLICATION RECEIVED
JUL 25 2006

ONE DEPOSIT RECEIVED
JUL 25 2006

EXAMINED BY        CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**  Natural Gas Week

**ISSN ▼**  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 23 | June 5, 2006 | June 5, 2006 |
| 2. | 22 | 24 | June 12, 2006 | June 12, 2006 |
| 3. | 22 | 25 | June 19, 2006 | June 19, 2006 |
| 4. | 22 | 26 | June 26, 2006 | June 26, 2006 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS: Author's citizenship ▼**       **Domicile ▼**       **Nation of publication ▼**

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge.

**Handwritten signature (X)**  *Deborah A. Brown*

**Typed or printed name**  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown

Daytime telephone  212-532-3405 ext. 1124

Address (if other than given below) _____

Fax  212-532-4479

Email  dbrown@energyintel.com

---

**Certificate will be mailed in window envelope to this address:**

**Name ▼**  Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**  5 East 37th Street, 5th Floor

**City/State/ZIP ▼**  New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550

Name of account _____

Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6--481--098

EFFECTIVE DATE OF REGISTRATION

*SEP 15 2006*

APPLICATION RECEIVED
SEP 1 5 2006

ONE DEPOSIT RECEIVED
SEP 1 5 2006

EXAMINED BY _____   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**

Natural Gas Week

**ISSN▼**

8756-3037

List in order of publication

No previous registration under identical title ☐

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 27 | July 3, 2006 | July 3, 2006 |
| 2. | 22 | 28 | July 10, 2006 | July 10, 2006 |
| 3. | 22 | 29 | July 17, 2006 | July 17, 2006 |
| 4. | 22 | 30 | July 24, 2006 | July 24, 2006 |
| 5. | 22 | 31 | July 31, 2006 | July 31, 2006 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2803

**FOR NON-U.S. WORKS: Author's citizenship ▼**    **Domicile ▼**    **Nation of publication ▼**

**CERTIFICATION\***, I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*    Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown    Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479    Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address? | **Name ▼** | **DEPOSIT ACCOUNT** |
|---|---|---|
| | Energy Intelligence Group/ Attn: Deborah A. Brown | Account number  DA083550<br>Name of account _____ |
| | **Number/Street/Apt ▼**<br>5 East 37th Street, 5th Floor | Energy Intelligence Group |
| | **City/State/ZIP ▼**<br>New York, NY 10016-2807 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6‑431‑292**

EFFECTIVE DATE OF REGISTRATION

9‑15‑06

APPLICATION RECEIVED
SEP 1 5 2006

ONE DEPOSIT RECEIVED
SEP 1 5 2006

EXAMINED BY ___ CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ■

**TITLE ▼**

Natural Gas Week

**ISSN ▼** 8756‑3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 32 | August 7, 2006 | August 7, 2006 |
| 2. | 22 | 33 | August 14, 2006 | August 14, 2006 |
| 3. | 22 | 34 | August 21, 2006 | August 21, 2006 |
| 4. | 22 | 35 | August 28, 2006 | August 28, 2006 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016‑2807

**FOR NON‑U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown                    Daytime telephone  212‑532‑3401 ext. 1124
Address (if other than given below) _____

Fax  212‑532‑4479                    Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown | **DEPOSIT ACCOUNT** Account number  DA083550 Name of account _____ |
| **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor | Energy Intelligence Group |
| **City/State/ZIP ▼** New York, NY 10016‑2807 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559‑6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper

U.S. Government Printing Office: 2000‑426‑605/52,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG   **TX 6–461–778**

EFFECTIVE DATE OF REGISTRATION

10   19   06

APPLICATION RECEIVED
OCT 1 9 2006

ONE DEPOSIT RECEIVED
OCT 1 9 2006

EXAMINED BY          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1

**List in order of publication**

TITLE ▼   Natural Gas Week          ISSN ▼ 8756 3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 22 | 36 | September 4 2006 | September 4 2006 |
| 2 | 22 | 37 | September 11 2006 | September 11 2006 |
| 3 | 22 | 38 | September 18 2006 | September 18 2006 |
| 4 | 22 | 39 | September 25 2006 | September 25 2006 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street 5th Floor
New York, New York 10016-2807

FOR NON U S WORKS   Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application that all the conditions specified in the instructions on the back of this form are met that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*          Typed or printed name   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown          Daytime telephone   212 532 3405 ext 1124
Address (if other than given below)

Fax   212 532 4479          Email   dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address**

Name ▼   Energy Intelligence Group/ Attn  Deborah A  Brown

Number/Street/Apt ▼   5 East 37th Street  5th Floor

City/State/ZIP ▼   New York NY 10016 2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

Energy Intelligence Group

Mail to
Library of Congress
Copyright Office
101 Independence Avenue  S.E.
Washington  D.C.  20559 6000

17 U S C §506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-462-612**

EF

*Nov. 07 2006*

APPLICATION RECEIVED
NOV 07 2006

ONE DEPOSIT RECEIVED
NOV 07 2006

EXAMINED BY *me*    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**

Natural Gas Week

**ISSN ▼**  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 40 | October 2, 2006 | October 2, 2006 |
| 2. | 22 | 41 | October 9, 2006 | October 9, 2006 |
| 3. | 22 | 42 | October 16, 2006 | October 16, 2006 |
| 4. | 22 | 43 | October 23, 2006 | October 23, 2006 |
| 5. | 22 | 44 | October 30, 2006 | October 30, 2006 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*    Typed or printed name Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown    Daytime telephone  212-532-3405 ext. 1124

Address (if other than given below) _____

Fax  212-532-4479    Email  dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account _____

Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-481-839**

EFFECTIVE DATE OF REGISTRATION

**DEC 12 2006**

APPLICATION RECEIVED
DEC 1 2 2006

ONE DEPOSIT RECEIVED
DEC 1 2 2006

EXAMINED BY ☐   CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

**TITLE ▼**   Natural Gas Week

ISSN ▼   8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 22 | 45 | November 6, 2006 | November 6, 2006 |
| 2. | 22 | 46 | November 13, 2006 | November 13, 2006 |
| 3. | 22 | 47 | November 20, 2006 | November 20, 2006 |
| 4. | 22 | 48 | November 27, 2006 | November 27, 2006 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown        Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼   Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/ZIP ▼   New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA063550
Name of account

Energy Intelligence Group
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev July 2002   Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-508-176**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 2 2007**

APPLICATION RECEIVED
**JAN 2 2 2007**
ONE DEPOSIT RECEIVED
**JAN 2 2 2007**

| EXAMINED BY | CORRESPONDENCE ☐ |

**DO NOT WRITE ABOVE THIS LINE**

## 1

| TITLE ▼ | ISSN ▼ |
|---|---|
| Natural Gas Week | 8755 3037 |

**List in order of publication**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 22 | 49 | December 4 2006 | December 4 2006 |
| 2 | 22 | 50 | December 11 2006 | December 11 2006 |
| 3 | 22 | 51 | December 18 2006 | December 18 2006 |
| 4 | 22 | 52 | December 25 2006 | December 25 2006 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street 5th Floor
New York, New York 10016-2807

FOR NON U S WORKS Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION**   I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application that all the conditions specified in the instructions on the back of this form are met that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Deborah A Brown*        Typed or printed name   Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A Brown        Daytime telephone   212 532 3405 ext 1124
Address (if other than given below)

Fax   212 532 4479        Email   dbrown@energyintel com

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Energy Intelligence Group/ Attn Deborah A Brown |
| | Number/Street/Apt ▼ |
| | 5 East 37th Street 5th Floor |
| | City/State/ZIP ▼ |
| | New York NY 10016 2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account

Energy Intelligence Group
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500