Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG  TX 6-506-664

**EFFECTIVE DATE OF REGISTRATION**

Feb 16 2007

**APPLICATION RECEIVED**
FEB 1 6 2007

**ONE DEPOSIT RECEIVED**
FEB 1 6 2007

**EXAMINED BY** ◄         **CORRESPONDENCE** ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

**No previous registration under identical title** ☐

**TITLE ▼**
Natural Gas Week

**ISSN ▼**
8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 1 | January 1, 2007 | January 1, 2007 |
| 2. | 23 | 2 | January 8, 2007 | January 8, 2007 |
| 3. | 23 | 3 | January 15, 2007 | January 15, 2007 |
| 4. | 23 | 4 | January 22, 2007 | January 22, 2007 |
| 5. | 23 | 5 | January 29, 2007 | January 29, 2007 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*
Typed or printed name  Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown          Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below)
Fax  212-532-4479          Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown
**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor
**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000        Web Rev. July 2002        Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

 **Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6–543–916**

EFFECTIVE DATE OF REGISTRATION

4-9-07

APPLICATION RECEIVED
APR 0 9 2007

ONE DEPOSIT RECEIVED
APR 0 9 2007

EXAMINED BY ⬜ CORRESPONDENCE ⬜

---

**DO NOT WRITE ABOVE THIS LINE**

## 1

List in order of publication

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Natural Gas Week | | | | 8756-3037 |

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 23 | 6 | February 5, 2007 | February 5, 2007 |
| 2 | 23 | 7 | February 12, 2007 | February 12, 2007 |
| 3 | 23 | 8 | February 19, 2007 | February 19, 2007 |
| 4 | 23 | 9 | February 26, 2007 | February 26, 2007 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON US WORKS   Author's citizenship ▼     Domicile ▼     Nation of publication ▼

---

**CERTIFICATION*** I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Deborah A Brown*     Typed or printed name Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A Brown     Daytime telephone  212-532-3405 ext 1124

Address (if other than given below)

Fax  212-532-4479     Email  dbrown@energyintel.com

---

| | DEPOSIT ACCOUNT |
|---|---|
| Certificate will be mailed in window envelope to this address | |

Name ▼
Energy Intelligence Group/ Attn Deborah A Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account

Energy Intelligence Group

Mail to
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

---

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2002—70 000   Web Rev July 2002   Printed on recycled paper     U S Government Printing Office 2003-496-605/60 019

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-549-388

EFFECTIVE DATE OF REGISTRATION



4-9-07

APPLICATION RECEIVED
APR 0 9 2007

ONE DEPOSIT RECEIVED
APR 0 9 2007

EXAMINED BY                CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1  List in order of publication

| TITLE ▼ | | | | | ISSN ▼ |
|---|---|---|---|---|---|
| Natural Gas Week | | | | | 8756 3037 |

| | Volume▼ | Number▼ | Issue date on copies▼ | | Month, day and year of publication▼ |
|---|---|---|---|---|---|
| 1 | 23 | 10 | March  5 2007 | | March  5 2007 |
| 2 | 23 | 11 | March 12 2007 | | March 12 2007 |
| 3 | 23 | 12 | March 19 2007 | | March 19 2007 |
| 4 | 23 | 13 | March 26 2007 | | March 26 2007 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

## 2  NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street  5th Floor
New York, New York 10016-2807

FOR NON U S WORKS  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION**  I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application  that all the conditions specified in the instructions on the back of this form are met  that I have deposited two complimentary subscription copies with the Library of Congress  and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  _Deborah A Brown_

Typed or printed name  Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A Brown                    Daytime telephone  212 532 3405 ext 1124
Address (if other than given below)
Fax  212 532 4479                    Email  dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address | Name▼  Energy Intelligence Group/ Attn  Deborah A Brown |
|---|---|
| | Number/Street/Apt ▼  5 East 37th Street  5th Floor |
| | City/State/ZIP ▼  New York  NY 10016 2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  §506(a)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-575-678

MAY '22 2007

APPLICATION RECEIVED
MAY 2 2 2007
ONE DEPOSIT RECEIVED
MAY 2 2 2007
EXAMINED BY                  CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE

**1** List in order of publication

TITLE ▼                          ISSN ▼

Natural Gas Week                 8756-3037

| Volume▼ | Number▼ | Issue date on copies▼ | Month day and year of publication▼ |
|---|---|---|---|
| 1 | 23 | 14 | April 2 2007 | April 2 2007 |
| 2 | 23 | 15 | April 9 2007 | April 9 2007 |
| 3 | 23 | 16 | April 16 2007 | April 16 2007 |
| 4 | 23 | 17 | April 23 2007 | April 23 2007 |
| 5 | 23 | 18 | April 30 2007 | April 30 2007 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street 5th Floor
New York, New York 10016-2807
FOR NON U S WORKS  Author s citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION  I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*        Typed or printed name  Deborah A Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A Brown                    Daytime telephone  212 532 3405 ext 1124
Address (if other than given below)
Fax  212 532 4479              Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group/ Attn  Deborah A  Brown
Number/Street/Apt ▼
5 East 37th Street  5th Floor
City/State/ZIP▼
New York  NY 10016 2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account

Energy Intelligence Group

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2 500

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-611-061**

EFFECTIVE DATE OF REGISTRATION

6-27-07

APPLICATION RECEIVED
JUN 2 7 2007
ONE DEPOSIT RECEIVED
JUN 2 7 2007
EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE**

## 1
List in order of publication

No previous registration under identical title ☐

TITLE ▼  Natural Gas Week

ISSN ▼  8756 3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month day and year of publication ▼ |
|---|---|---|---|---|
| 1 | 23 | 19 | May   7 2007 | May   7 2007 |
| 2 | 23 | 20 | May 14 2007 | May 14 2007 |
| 3 | 23 | 21 | May 21 2007 | May 21 2007 |
| 4 | 23 | 22 | May 28 2007 | May 28 2007 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street  5th Floor
New York, New York 10016-2807

FOR NON U S WORKS  Author s citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION** I the undersigned hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application that all the conditions specified in the instructions on the back of this form are met that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Deborah A Brown*

Typed or printed name  Deborah A Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A  Brown

Daytime telephone  212 532 3405 ext  1124

Address (if other than given below)

Fax  212 532 4479

Email  dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address | Name ▼  Energy Intelligence Group/ Attn  Deborah A  Brown |
|---|---|
| | Number/Street/Apt ▼  5 East 37th Street  5th Floor |
| | City/State/ZIP ▼  New York  NY 10016 2807 |

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

17 U S C §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registral on provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  July 2002—70 000   Web Rev  July 2002   Printed on recycled paper

U S Government Printing Office  2003-496 605/60 019

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-626-472



EFFECTIVE DATE OF REGISTRATION

08     09     07

APPLICATION RECEIVED   AUG 09 2007

ONE DEPOSIT RECEIVED   AUG 09 2007

EXAMINED BY   _mc_     CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1**

List in order of publication

No previous registration under identical title ☐

TITLE ▼   Natural Gas Week

ISSN ▼   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 23 | June 4, 2007 | June 4, 2007 |
| 2. | 23 | 24 | June 11, 2007 | June 11, 2007 |
| 3. | 23 | 25 | June 18, 2007 | June 18, 2007 |
| 4. | 23 | 26 | June 25, 2007 | June 25, 2007 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:   Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*          Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown          Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550

Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

Register of Copyrights, United States of America

 **Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-626-467

EFFECTIVE DATE OF REGISTRATION

08     09     07

APPLICATION RECEIVED   AUG 0 9 2007

ONE DEPOSIT RECEIVED   AUG 0 9 2007

EXAMINED BY   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

No previous registration under identical title
☐

TITLE ▼   Natural Gas Week

ISSN ▼   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 27 | July 2, 2007 | July 2, 2007 |
| 2. | 23 | 28 | July 9, 2007 | July 9, 2007 |
| 3. | 23 | 29 | July 16, 2007 | July 16, 2007 |
| 4. | 23 | 30 | July 23, 2007 | July 23, 2007 |
| 5. | 23 | 31 | July 30, 2007 | July 30, 2007 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown          Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG   TX 6–628–383

EFFECTIVE DATE OF REGISTRATION

**OCT 1 1 2007**

APPLICATION RECEIVED
**OCT 11 2007**

ONE DEPOSIT RECEIVED
**OCT 11 2007**

EXAMINED BY _____   CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

**No previous registration under identical title** ☐

TITLE ▼   Natural Gas Week

ISSN▼   8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 32 | August 6, 2007 | August 6, 2007 |
| 2. | 23 | 33 | August 13, 2007 | August 13, 2007 |
| 3. | 23 | 34 | August 20, 2007 | August 20, 2007 |
| 4. | 23 | 35 | August 27, 2007 | August 27, 2007 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**   NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ✗   *Deborah A Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown   Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below) _____

Fax   212-532-4479   Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name▼   Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/ZIP▼   New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGIS **TX 6—628—382**

EFFECTIVE DATE OF REGISTRATION

**OCT 1 1 2007**

APPLICATION RECEIVED
**OCT 1 1 2007**

ONE DEPOSIT RECEIVED
**OCT 1 1 2007**

EXAMINED BY _____ CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1**

List in order of publication

No previous registration under identical title ☐

TITLE ▼  Natural Gas Week

ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 36 | September 3, 2007 | September 3, 2007 |
| 2. | 23 | 37 | September 10, 2007 | September 10, 2007 |
| 3. | 23 | 38 | September 17, 2007 | September 17, 2007 |
| 4. | 23 | 39 | September 24, 2007 | September 24, 2007 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Deborah A Brown*

Typed or printed name  Deborah A. Brown

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown          Daytime telephone  212-532-3405 ext. 1124
Address (if other than given below) _____
Fax  212-532-4479          Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼  5 East 37th Street, 5th Floor
City/State/ZIP ▼  New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account  Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-628-331**

EFFECTIVE DATE OF REGISTRATION

**NOV 13 2007**

APPLICATION RECEIVED
**NOV 13 2007**
ONE DEPOSIT RECEIVED
**NOV 13 2007**
EXAMINED BY _____ CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

## 1
List in order of publication

**No previous registration under identical title** ☐

**TITLE ▼**  Natural Gas Week

**ISSN ▼**  8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication▼ |
|---|---|---|---|---|
| 1. | 23 | 40 | October 1, 2007 | October 1, 2007 |
| 2. | 23 | 41 | October 8, 2007 | October 8, 2007 |
| 3. | 23 | 42 | October 15, 2007 | October 15, 2007 |
| 4. | 23 | 43 | October 22, 2007 | October 22, 2007 |
| 5. | 23 | 44 | October 29, 2007 | October 29, 2007 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A. Brown*

Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown _____ Daytime telephone  212-532-3405 ext. 1124

Address (if other than given below) _____

Fax  212-532-4479 _____ Email  dbrown@energyintel.com

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name▼** Energy Intelligence Group/ Attn: Deborah A. Brown  **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor  **City/State/ZIP▼** New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account _____
Energy Intelligence Group

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-678-738

EFFECTIVE DATE OF REGISTRATION

FEB 01 2008

APPLICATION RECEIVED
FEB 01 2008

ONE DEPOSIT RECEIVED
FEB 01 2008

EXAMINED BY ☐   CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE ▼**          **ISSN ▼**

List in order of publication

Natural Gas Week          8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 23 | 45 | November   5, 2007 | November   5, 2007 |
| 2. | 23 | 46 | November 12, 2007 | November 12, 2007 |
| 3. | 23 | 47 | November 19, 2007 | November 19, 2007 |
| 4. | 23 | 48 | November 26, 2007 | November 26, 2007 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah a Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown                    Daytime telephone  212-532-3405 ext. 1124

Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

MAIL TO
Energy Intelligence Group
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-663-237**

EFFECTIVE DATE OF REGISTRATION

**FEB 0 1 2008**

APPLICATION RECEIVED
**FEB 0 1 2008**
ONE DEPOSIT RECEIVED
**FEB 0 1 2008**

EXAMINED BY ____  CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼** — Natural Gas Week

**ISSN ▼** — 8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication▼ |
|---|---|---|---|---|
| 1. | 23 | 49 | December  3, 2007 | December  3, 2007 |
| 2. | 23 | 50 | December 10, 2007 | December 10, 2007 |
| 3. | 23 | 51 | December 17, 2007 | December 17, 2007 |
| 4. | 23 | 52 | December 24, 2007 | December 24, 2007 |
| 5. | 23 | 53 | December 31, 2007 | December 31, 2007 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name  Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown

Daytime telephone   212-532-3405 ext. 1124

Address (if other than given below)

Fax   212-532-4479

Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

**Name▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**

Account number   DA083550

Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 13, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6 — 647 — 648

EFFECTIVE DATE OF REGISTRATION

02   19   08

APPLICATION RECEIVED
FEB 19 2008

ONE DEPOSIT RECEIVED
FEB 19 2008

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**TITLE ▼** Natural Gas Week

ISSN ▼ 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 2 | January 7, 2008 | January 7, 2008 |
| 2. | 24 | 2 | January 14, 2008 | January 14, 2008 |
| 3. | 24 | 3 | January 21, 2008 | January 21, 2008 |
| 4. | 24 | 4 | January 28, 2008 | January 28, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**No previous registration under identical title** ☐

---

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc,
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah Q Brown*

Typed or printed name   Deborah A. Brown

## 2

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown
Address (if other than given below)

Daytime telephone   212-532-3405 ext. 1124

Fax   212-532-4479          Email   dbrown@energyintel.com

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2000—xxx-xxx/xx,xxx

Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-666-153

**EFFECTIVE DATE OF REGISTRATION**

APR 15 2008

APR 15 2008

APR 15 2008

☐ CORRESPONDENCE

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

**TITLE ▼**

Natural Gas Week

ISSN ▼  8756-3037

| List in order of publication | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 5 | February 4, 2008 | February 4, 2008 |
| 2. | 24 | 6 | February 11, 2008 | February 11, 2008 |
| 3. | 24 | 7 | February 18, 2008 | February 18, 2008 |
| 4. | 24 | 8 | February 25, 2008 | February 25, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS: Author's citizenship ▼**   Domicile ▼   Nation of publication ▼

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complementary
subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X)   *Deborah A. Brown*   Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown   Daytime telephone   212-532-1305 ext. 1124

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

Certificate
will be
mailed
in window
envelope
to this
address:

| Name ▼ |
|---|
| Energy Intelligence Group/ Attn: Deborah A. Brown |

| Number/Street/Apt ▼ |
|---|
| 5 East 37th Street, 5th Floor |

| City/State/ZIP ▼ |
|---|
| New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



Rev. July 2005 — 20,000 Web Rev: July 2005 Printed on recycled paper   U.S. Government Printing Office: 2000-000-000/000/0/8

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-666-163

EFFECTIVE DATE OF REGISTRATION

APR 15 2008

APPLICATION RECEIVED
APR 15 2008
ONE DEPOSIT RECEIVED

APR 15 2008
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**  **TITLE ▼**  Natural Gas Week

ISSN ▼  8756-9017

List in order of publication

| Volume ▼ | Number ▼ | Issue date on copies ▼ | | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 9 | March 3, 2008 | March 3, 2008 |
| 2. | 24 | 10 | March 10, 2008 | March 10, 2008 |
| 3. | 24 | 11 | March 17, 2008 | March 17, 2008 |
| 4. | 24 | 12 | March 24, 2008 | March 24, 2008 |
| 5. | 24 | 13 | March 31, 2008 | March 31, 2008 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration order identical title

---

**2**  **NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met; that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) *Deborah A. Brown*     Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown          Daytime telephone  212-532-3405 ext. 1124

Address (if other than given below) ▼

Fax  212-532-4479          Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account ▼
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev.: July 2002—70,000  Web Rev.: July 2002  Printed on recycled paper          U.S. Government Printing Office: 2004-496-605/019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-877-871**

EFFECTIVE DATE OF REGISTRATION

JUN 17 2008

APPLICATION RECEIVED
JUN 17 2008

ONE DEPOSIT RECEIVED
JUN 17 2008

EXAMINED BY ☐ CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE ▼**

ISSN ▼ 8756-3017

Natural Gas Week

**List in order of publication**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 14 | April 7, 2008 | April 7, 2008 |
| 2. | 24 | 15 | April 14, 2008 | April 14, 2008 |
| 3. | 24 | 16 | April 21, 2008 | April 21, 2008 |
| 4. | 24 | 17 | April 28, 2008 | April 28, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**  NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown     Daytime telephone   212-532-3405 ext. 1124
Address (if other than given below)

Fax   212-532-4479     Email   dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA089355D
Name of account   Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper     U.S. Government Printing Office: 2003-496-653/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title *17, United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-677-886

EFFECTIVE DATE OF REGISTRATION

**JUN 17 2008**

APPLICATION RECEIVED
JUN 17 2008
ONE DEPOSIT RECEIVED
JUN 17 2008

EXAMINED BY

CORRESPONDENCE ☐

ISSN ▼   8756-3037

**DO NOT WRITE ABOVE THIS LINE.**

## 1  List in order of publication

**TITLE ▼**

Natural Gas Week

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 18 | May 5, 2008 | May 5, 2008 |
| 2. | 24 | 19 | May 12, 2008 | May 12, 2008 |
| 3. | 24 | 20 | May 19, 2008 | May 19, 2008 |
| 4. | 24 | 21 | May 26, 2008 | May 26, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2  NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:**  Author's citizenship ▼                    Domicile ▼

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) _____   *Deborah O Brown*

Typed or
printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown
Address (if other than given below)

Daytime telephone   212-532-3405 ext. 1124

Fax   212-532-4479                         Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—20,000   Web Rev: July 2002   Printed on recycled paper                                                                                   U.S. Government Printing Office: 2000-461-506/20,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-648-005**

EFFECTIVE DATE OF REGISTRATION

7-21-08

APPLICATION RECEIVED
7-21-08

ONE DEPOSIT RECEIVED
7-21-08

EXAMINED BY ☑    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** **TITLE ▼**  Natural Gas Week        ISSN ▼  8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 22 | June 2, 2008 | June 2, 2008 |
| 2. | 24 | 23 | June 9, 2008 | June 9, 2008 |
| 3. | 24 | 24 | June 16, 2008 | June 16, 2008 |
| 4. | 24 | 25 | June 23, 2008 | June 23, 2008 |
| 5. | 24 | 26 | June 30, 2008 | June 30, 2008 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼            Domicile ▼            Nation of publication ▼

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Deborah A. Brown*

Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown            Daytime telephone  212-532-3405 ext. 1124

Address (if other than given below) ▼

Fax  212-532-4479            Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼  5 East 37th Street, 5th Floor

City/State/ZIP ▼  New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—20,000  Web Rev: July 2003  Printed on recycled paper            U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-848-174

EFFECTIVE DATE OF REGISTRATION

AUG 25 2008

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE ▼

Natural Gas Week

ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| List in order of publication | 1. 24 | 27 | July 7, 2008 | July 7, 2008 |
| | 2. 24 | 28 | July 14, 2008 | July 14, 2008 |
| | 3. 24 | 29 | July 21, 2008 | July 21, 2008 |
| | 4. 24 | 30 | July 28, 2008 | July 28, 2008 |
| No previous registration under identical title ☐ | 5. | | | |
| | 6. | | | |
| | 7. | | | |
| | 8. | | | |
| | 9. | | | |
| | 10. | | | |
| | 11. | | | |
| | 12. | | | |
| | 13. | | | |
| | 14. | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼ ............ Domicile ▼ ............ Nation of publication ▼

**CERTIFICATION*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown          Daytime telephone  646-516-0924

Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street ▼  5 East 37th Street, 5th Floor
City/State/ZIP ▼  New York, NY 10016 2807

DEPOSIT ACCOUNT
Account number  DA081550
Name of Account  Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,018

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-679-301

EFFECTIVE DATE OF REGISTRATION

10 01 08

APPLICATION RECEIVED
OCT 01 2008
ONE DEPOSIT RECEIVED
OCT 01 2008
EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**

Natural Gas Week

ISSN ▼ 8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 31 | August 4, 2008 | August 4, 2008 |
| 2. | 24 | 32 | August 11, 2008 | August 11, 2008 |
| 3. | 24 | 33 | August 18, 2008 | August 18, 2008 |
| 4. | 24 | 34 | August 25, 2008 | August 25, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS: Author's citizenship ▼**   Domicile ▼   Nation of publication ▼

**CERTIFICATION*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name   Deborah A. Brown

Handwritten signature (X) *Deborah Brown*

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown                     Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Energy Intelligence Group/ Attn: Deborah A. Brown |
| | Number/Street/Apt ▼ |
| | 5 East 37th Street, 5th Floor |
| | City/State/Zip ▼ |
| | New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev. July 2002—20,000   Web: Rev. July 2002   Printed on recycled paper   U.S. Government Printing Office 2003-496-605/60,019

Mail to:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maybeth Peter

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-878-883

EFFECTIVE DATE OF REGISTRATION

OCT 22 2008

APPLICATION RECEIVED
OCT 22 2008

ONE DEPOSIT RECEIVED
OCT 22 2008

EXAMINED BY ☐ CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1** List in order of publication

TITLE ▼
Natural Gas Week

ISSN ▼
8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 35 | September   1, 2008 | September   1, 2008 |
| 2. | 24 | 36 | September   8, 2008 | September   8, 2008 |
| 3. | 24 | 37 | September  15, 2008 | September  15, 2008 |
| 4. | 24 | 38 | September  22, 2008 | September  22, 2008 |
| 5. | 24 | 39 | September  29, 2008 | September  29, 2008 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ___Deborah A. Brown___

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown                              Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479                    Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/Zip ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550

Name of account
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office, 2002-496-605/60,019

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-682-028



EFFECTIVE DATE OF REGISTRATION

NOV 2 5 2008

EXAMINED BY

ISSN ▼

**DO NOT WRITE ABOVE THIS LINE.**

**1** **TITLE** ▼

Natural Gas Week                                                                8756-3037

| List | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|------|----------|----------|------------------------|----------------------------------------|
| In order of publication | 1. 24 | 40 | October 6, 2008 | October 6, 2008 |
| | 2. 24 | 41 | October 13, 2008 | October 13, 2008 |
| | 3. 24 | 42 | October 20, 2008 | October 20, 2008 |
| | 4. 24 | 43 | October 27, 2008 | October 27, 2008 |

No previous registration under identical title

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   Deborah A. Brown

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown          Daytime telephone   646-616-0324

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550

Name of account
Energy Intelligence Group

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGIS    **TX 6-682-711**

EFFECTIVE DATE OF REGISTRATION

**JAN 15 2009**

APPLICATION RECEIVED
JAN 15 2009
ONE DEPOSIT RECEIVED
JAN 15 2009
EXAMINED BY

CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1**

TITLE ▼

ISSN ▼    8156-3037

Natural Gas Week

**List in order of publication**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 44 | November 3, 2008 | November 3, 2008 |
| 2. | 24 | 45 | November 10, 2008 | November 10, 2008 |
| 3. | 24 | 46 | November 17, 2008 | November 17, 2008 |
| 4. | 24 | 47 | November 24, 2008 | November 24, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION* I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Alloah OBrown*

Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown          Daytime telephone  646-616-0324
Address (if other than given below) ▼

Fax  212-532-4479          Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA063350
Name of account

Energy Intelligence Group
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000  Web Rev. July 2002  Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,014

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-682-712**

**EFFECTIVE DATE OF REGISTRATION**

JAN 15 2009

APPLICATION RECEIVED
JAN 15 2009
ONE COPY RECEIVED
JAN 15 2009

EXAMINED BY ___   CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** List in order of publication

**TITLE ▼**  Natural Gas Week

ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 48 | December  1, 2008 | December  1, 2008 |
| 2. | 24 | 49 | December  8, 2008 | December  8, 2008 |
| 3. | 24 | 50 | December 15, 2008 | December 15, 2008 |
| 4. | 24 | 51 | December 22, 2008 | December 22, 2008 |
| 5. | 24 | 52 | December 29, 2008 | December 29, 2008 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** **NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complementary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*     Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown     Daytime telephone  646-616-0824

Address (if other than given below)

Fax  212-532-4479     Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083350
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002 — 20,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Meredith Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**RE** TX 6-684-566

EFFECTIVE DATE OF REGISTRATION

02  24  09

APPLICATION RECEIVED
FEB 2 4 2009
ONE DEPOSIT RECEIVED
FEB 2 4 2009
EXAMINED BY ☐ CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**
Natural Gas Week

ISSN ▼  8756-3037

List in order of publication

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 1 | January 5, 2009 | January 5, 2009 |
| 2. | 25 | 2 | January 12, 2009 | January 12, 2009 |
| 3. | 25 | 3 | January 19, 2009 | January 19, 2009 |
| 4. | 25 | 4 | January 26, 2009 | January 26, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

## 2

**CERTIFICATION\***: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I am the owner of the exclusive rights in the works, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ___*Deborah A. Brown*___

Typed or Printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown        Daytime Telephone  646-616-0834

Address (if other than given below) ▼

Fax  212-532-4479        Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA063550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—20,000  Web Rev: July 2002  Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

## Form SE/Group
UNITED STATES COPYRIGHT OFFICE

SR 1-4482476o5

TX 6-769-898

**EFFECTIVE DATE OF REGISTRATION**

03  11  09

APPLICATION RECEIVED
MAR 11 2009

ONE DEPOSIT RECEIVED
MAR 11 2009

EXAMINED BY

CORRESPONDENCE ☐

ISSN▼  8756-3037

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**

Natural Gas Week

**List in order of publication**

No previous registration under identical title ☐

| Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---------|---------|----------------------|----------------------------------------|
| 1. ...25 | ...5 | February · 2, 2009 | February · 2, 2009 |
| 2. ...25 | ...6 | February · 9, 2009 | February · 9, 2009 |
| 3. ...25 | ...7 | February · 16, 2009 | February · 16, 2009 |
| 4. ...25 | ...8 | February · 23, 2009 | February · 23, 2009 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) ▼  *Deborah A. Brown*

Typed or
printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown          Daytime telephone  646-616-0824

Address (if other than given below):

Fax  212-532-4479          Email  dbrown@energyintel.com

---



Certificate will be mailed in window envelope to this address:

Name▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550

Name of account
Energy Intelligence Group

Mail to:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2008—70,000  Web Rev. July 2008  Printed on recycled paper

U.S. Government Printing Office: 2003 498-52040,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-688-108

EFFECTIVE DATE OF REGISTRATION
MAY 14 2009

APPLICATION RECEIVED
MAY 14 2009

ONE DEPOSIT RECEIVED
MAY 14 2009

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**

Natural Gas Week

**ISSN ▼** 8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 9 | March 2, 2009 | March 2, 2009 |
| 2. | 25 | 10 | March 9, 2009 | March 9, 2009 |
| 3. | 25 | 11 | March 16, 2009 | March 16, 2009 |
| 4. | 25 | 12 | March 23, 2009 | March 23, 2009 |
| 5. | 25 | 13 | March 30, 2009 | March 30, 2009 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |

No previous registration under identical title ☐

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS** Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION\*.** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form have been met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Deborah A. Brown_

Typed or printed name **Deborah A. Brown**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name **Deborah A. Brown** Daytime telephone **646-616-2624**

Address (if other than given below) _____

Fax **212-532-4479** Email **dbrown@energyintel.com**

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number **DA093550**
Name of account
Energy Intelligence Group

Send to:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—70,000 Web Rev. July 2002 Printed on recycled paper U.S. Government Printing Office: 2003-496-605/60,016

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**

TX 6-688-109

EFFECTIVE DATE OF REGISTRATION

MAY 14 2009

APPLICATION RECEIVED
MAY 14 2009

ONE DEPOSIT RECEIVED
MAY 14 2009

EXAMINED BY ___

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

ISSN ▼ 8755-3037

## 1 List in order of publication

TITLE ▼ Natural Gas Week

| Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. | 23 | 14 | April 6, 2009 |
| 2. | 25 | 15 | April 13, 2009 |
| 3. | 25 | 16 | April 20, 2009 |
| 4. | 25 | 17 | April 27, 2009 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2 NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant, or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten          Typed or
signature (X) ▼ *Deborah A. Brown*          printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown          Daytime telephone  646-616-0824
Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com



**Certificate will be mailed in window envelope to this address:**

Name▼  Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼  5 East 37th Street, 5th Floor

City/State/ZIP ▼  New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of Account  Energy Intelligence Group

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000  Web Rev: July 2002  Printed on recycled paper          U.S. Government Printing Office: 2002-490-550/60,016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mharybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6‑701‑336

EFFECTIVE DATE OF REGISTRATION
JUL 09 2009

APPLICATION RECEIVED
JUL 09 2009

ONE DEPOSIT RECEIVED
JUL 09 2009

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**TITLE ▼**  Natural Gas Week

ISSN ▼  8756-303;

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| No previous registration under identical title ☐ | 1. 23 | 18 | May   4, 2009 | May   4, 2009 |
| | 2. 25 | 19 | May  11, 2009 | May  11, 2009 |
| | 3. 25 | 20 | May  18, 2009 | May  18, 2009 |
| | 4. 25 | 21 | May  25, 2009 | May  25, 2009 |
| | 5. | | | |
| | 6. | | | |
| | 7. | | | |
| | 8. | | | |
| | 9. | | | |
| | 10. | | | |
| | 11. | | | |
| | 12. | | | |
| | 13. | | | |
| | 14. | | | |

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

## 2

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Deborah A Brown*

Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown          Daytime telephone  646-616-0824
Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

| | |
|---|---|
| **Certificate will be mailed in window envelope to this address:** | Name▼  Energy Intelligence Group/ Attn: Deborah A. Brown |
| | Number/Street/Apt ▼  5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼  New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account  Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. May 2002—20,000   Web Rev. July 2002   Printed on recycled paper
U.S. Government Printing Office: 2003-496-605/60,018

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-701-326

EFFECTIVE DATE OF REGISTRATION
JUL 09 2009

APPLICATION RECEIVED
JUL 09 2009

ONE DEPOSIT RECEIVED
JUL 09 2009

EXAMINED BY — C.77D

☐ CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1**

List in order of publication

No. previous registration under identical title

**TITLE ▼**

Natural Gas Week

ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 22 | June   1, 2009 | June    1, 2009 |
| 2. | 25 | 23 | June   8, 2009 | June    8, 2009 |
| 3. | 25 | 24 | June  15, 2009 | June   15, 2009 |
| 4. | 25 | 25 | June  22, 2009 | June   22, 2009 |
| 5. | 25 | 26 | June  29, 2009 | June   29, 2009 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼                    Domicile ▼                    Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) ▼   *Deborah A Brown*

Typed or
printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown                    Daytime telephone  646-616-0624

Address (if other than given below) ▼

Fax   212-532-4479                    Email  dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Energy Intelligence Group/ Attn: Deborah A. Brown |
| | Number/Street/Apt ▼ |
| | 5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼ |
| | New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550

Name of account

Energy Intelligence Group

Mail to:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,219

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-684-720**

EFFECTIVE DATE OF REGISTRATION

07  14  09

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
SEP 14 2009

EXAMINED BY ___

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

## 1

**TITLE ▼**   Natural Gas Week

ISSN ▼   8756-3037

| List in order of publication | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 27 | July 6, 2009 | July 6, 2009 |
| 2. | 25 | 28 | July 13, 2009 | July 13, 2009 |
| 3. | 25 | 29 | July 20, 2009 | July 20, 2009 |
| 4. | 25 | 30 | July 27, 2009 | July 27, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title

---

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS: Author's citizenship ▼**        Domicile ▼        Nation of publication ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ___ *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown                    Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼   Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/Zip ▼   New York, NY 10016-2807

**DEPOSIT ACCOUNT**

Account number   DA083550

Name of account   Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev. July 2002—20,000  Web Rev: July 2002  Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,049

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-684-728

EFFECTIVE DATE OF REGISTRATION

09   14   09

APPLICATION RECEIVED
9.14.09

ONE DEPOSIT RECEIVED
SEP 14 2009

TWO DEPOSITS RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE ▼

Natural Gas Week

ISSN▼ 8756-5037

**List in order of publication**

| Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. 23 | 31 | August  3, 2009 | August  3, 2009 |
| 2. 25 | 32 | August 10, 2009 | August 10, 2009 |
| 3. 25 | 33 | August 17, 2009 | August 17, 2009 |
| 4. 25 | 34 | August 24, 2009 | August 24, 2009 |
| 5. 25 | 35 | August 31, 2009 | August 31, 2009 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

No previous registration under identical title

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-US, WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that the deposited two complimentary subscription copies to the Library of Congress shall not be returned, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼   *Deborah Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550

Name of account
Energy Intelligence Group

**Certificate will be mailed in window envelope to this address:**

Name▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

Mail to:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,048

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marie A. Pallante

Acting Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-769-308**

EFFECTIVE DATE OF REGISTRATION

**NOV 13 2009**

APPLICATION RECEIVED
NOV 13 2009
ONE DEPOSIT RECEIVED
NOV 13 2009
EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼** Natural Gas Week

ISSN ▼ **B756-7037**

List in order of publication

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. 25 | 36 | September 7, 2009 | September 7, 2009 |
| 2. 25 | 37 | September 14, 2009 | September 14, 2009 |
| 3. 25 | 38 | September 21, 2009 | September 21, 2009 |
| 4. 25 | 39 | September 28, 2009 | September 28, 2009 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS: Author's citizenship ▼**

Domicile ▼

Nation of publication ▼

**CERTIFICATION*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Deborah A. Brown_

Typed or printed name **Deborah A. Brown**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name **Deborah A. Brown**
Address (if other than given below) ▼

Daytime telephone **646-616-0824**

Fax **212-532-4479**

Email **dbrown@energyintel.com**

Certificate will be mailed in window envelope to this address:



Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼ 5 East 37th Street, 5th Floor

City/State/ZIP ▼ New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number **DA083150**
Name of account **Energy Intelligence Group**

Copyright Office
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000 Web Rev. July 2002 Printed on recycled paper

U.S. Government Printing Office: 2000-XXX-XXX/XX,XXX

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form SE/Group**

TX 6 – 769 – 307

**EFFECTIVE DATE OF REGISTRATION**

NOV 13 2009

**APPLICATION RECEIVED**
NOV 13 2009

**ONE DEPOSIT RECEIVED**
NOV 13 2009

EXAMINED BY

CORRESPONDENCE ☐

ISSN ▼   8756-3037

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**   Natural Gas Week

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1 | 25 | 40 | October 5, 2009 | October 5, 2009 |
| 2 | 25 | 41 | October 12, 2009 | October 12, 2009 |
| 3 | 25 | 42 | October 19, 2009 | October 19, 2009 |
| 4 | 25 | 43 | October 26, 2009 | October 26, 2009 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

List in order of publication

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

Domicile ▼   Deborah A. Brown   Nation of publication ▼

**FOR NON-U.S. WORKS:** Author's citizenship ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified on the back of this form are met, that I have signed two complementary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X).  *Deborah Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown   Daytime telephone   646-616-0924

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/Zip ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550

Name of account   Energy Intelligence Group



17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2006—70,000  Web Rev: July 2006  Printed on recycled paper   U.S. Government Printing Office: 2007-330-945/60,013

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America



---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-778-050

EFFECTIVE DATE OF REGISTRATION

JAN 11 2010

APPLICATION RECEIVED
JAN 11 2010

ONE DEPOSIT RECEIVED
JAN 11 2010

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

TITLE ▼  Natural Gas Week

ISSN ▼  8756-3037

List in order of publication

| Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. | 23 | 44 | November 2, 2009 | November 2, 2009 |
| 2. | 23 | 45 | November 9, 2009 | November 9, 2009 |
| 3. | 23 | 46 | November 16, 2009 | November 16, 2009 |
| 4. | 23 | 47 | November 23, 2009 | November 23, 2009 |
| 5. | 23 | 48 | November 30, 2009 | November 30, 2009 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

Previous or alternative or identical title ☐

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application. I state that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name  Deborah A. Brown

Handwritten signature (X)  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown          Daytime telephone  646-616-0824

Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address:**

Name▼  Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼  5 East 37th Street, 5th Floor

City/State/ZIP ▼  New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550

Name of account  Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2001-461-606/60,019

# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-778-038**

**EFFECTIVE DATE OF REGISTRATION**

JAN 11 2010

APPLICATION RECEIVED
JAN 11 2010

ONE DEPOSIT RECEIVED
JAN 11 2010

EXAMINED BY ☐   CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1**

**TITLE ▼**

Natural Gas Week

**ISSN ▼** 8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 49 | December 7, 2009 | December 7, 2009 |
| 2. | 25 | 50 | December 14, 2009 | December 14, 2009 |
| 3. | 25 | 51 | December 21, 2009 | December 21, 2009 |
| 4. | 25 | 52 | December 28, 2009 | December 28, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

☐ Previous registration under identical title

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the copyright claimant or the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary
subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) *Deborah A. Brown*

Type or
printed name   Deborah A. Brown

**2**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown        Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

---



Certificate will be mailed in window envelope to this address:

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA081550

Name of account
Energy Intelligence Group

Mail to:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,016

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Mary Beth Peters

Register of Copyrights, United States of America



---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-716-630**

EFFECTIVE DATE OF REGISTRATION

**MAR 09 2010**

APPLICATION RECEIVED
MAR 09 2010
ONE DEPOSIT RECEIVED
MAR 09 2010
EXAMINED BY ☐   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**

Natural Gas Week

ISSN ▼  8755-3037

List in order of publication

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. | 26 | 1 | January 4, 2010 | January 4, 2010 |
| 2. | 26 | 2 | January 11, 2010 | January 11, 2010 |
| 3. | 26 | 3 | January 18, 2010 | January 18, 2010 |
| 4. | 26 | 4 | January 25, 2010 | January 25, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION*** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼   *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown   Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼   Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/Zip ▼   New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account   Energy Intelligence Group

Correspondence:
Copyright Office
101 Independence Avenue, S.E.
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,019



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-781-009

EFFECTIVE DATE OF REGISTRATION

MAY 10 2010

APPLICATION RECEIVED
MAY 10 2010

ONE DEPOSIT RECEIVED
MAY 10 2010

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

**TITLE ▼**       Natural Gas Week

**ISSN ▼**    8756-3037

List in order of publication

No previous registration under identical title

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|----------|----------|------------------------|----------------------------------------|
| 1. 26 | 9 | March 1, 2010 | March 1, 2010 |
| 2. 26 | 10 | March 8, 2010 | March 8, 2010 |
| 3. 26 | 11 | March 15, 2010 | March 15, 2010 |
| 4. 26 | 12 | March 22, 2010 | March 22, 2010 |
| 5. 26 | 13 | March 29, 2010 | March 29, 2010 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*      Typed or printed name    Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCES ABOUT THIS CLAIM**
Name   Deborah A. Brown      Daytime telephone   646-616-0824
Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼   Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/Zip ▼   New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group



MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper   U.S. Government Printing Office: 2003-495-001/60,018

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-776-728

EFFECTIVE DATE OF REGISTRATION

**MAY 10 2010**

EXAMINED BY ☐ CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**

Natural Gas Week

ISSN ▼  8756-3037

List in order of publication

No previous registration under identical title ☐

| Volume ▼ | Number ▼ | Issue date (on copies) ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. 26 | 14 | April 5, 2010 | April 5, 2010 |
| 2. 26 | 15 | April 12, 2010 | April 12, 2010 |
| 3. 26 | 16 | April 19, 2010 | April 19, 2010 |
| 4. 26 | 17 | April 26, 2010 | April 26, 2010 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name: Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com



Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account
Energy Intelligence Group

MAILTO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—20,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-480-865/90,019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-716-400

EFFECTIVE DATE OF REGISTRATION

JUN 11 2010

APPLICATION RECEIVED
JUN 11 2010

ONE DEPOSIT RECEIVED
JUN 11 2010

EXAMINED BY ☐ CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**TITLE ▼** Natural Gas Week          **ISSN ▼** 8756-9037

| | Volume▼ | Number▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 18 | May 3, 2010 | May 3, 2010 |
| 2. | 26 | 19 | May 10, 2010 | May 10, 2010 |
| 3. | 26 | 20 | May 17, 2010 | May 17, 2010 |
| 4. | 26 | 21 | May 24, 2010 | May 24, 2010 |
| 5. | 26 | 22 | May 31, 2010 | May 31, 2010 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS: Author's citizenship ▼**          **Domicile ▼**          **Nation of publication ▼**

**CERTIFICATION** • I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          **Typed or printed name** Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name Deborah A. Brown          **Daytime telephone** 646-616-0824
Address (if other than given below)

Fax 212-532-4479          **Email** dbrown@energyintel.com

---

**DEPOSIT ACCOUNT**
Account number DA083550

Name of account
Energy Intelligence Group

**Certificate will be mailed in window envelope to this address:**

**Name▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP▼**
New York, NY 10016-2807

---

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev.: July 2002—75,000.  Web Rev.: July 2002.  Printed on recycled paper          U.S. Government Printing Office: 2002-496-605/60,018

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register Of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-608-141

**EFFECTIVE DATE OF REGISTRATION**

06   30   10

**APPLICATION RECEIVED**
JUNE   30   2010

**ONE DEPOSIT RECEIVED**
JUNE   30   2010

EXAMINED BY

□ CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**   Natural Gas Week

ISSN ▼  8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 23 | June · 7, 2010 | June · 7, 2010 |
| 2. | 26 | 24 | June · 14, 2010 | June · 14, 2010 |
| 3. | 26 | 25 | June · 21, 2010 | June · 21, 2010 |
| 4. | 26 | 26 | June · 28, 2010 | June · 28, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS: Author's citizenship ▼**   Domicile ▼   Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Deborah A. Brown_

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown

Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479

Email   dbrown@energyintel.com

---



Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550

Name of account
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2005—70,000  Web Rev. July 2005  Printed on recycled paper   U.S. Government Printing Office 2005-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-704-729**

EFFECTIVE DATE OF REGISTRATION

07 . 01 . 10

APPLICATION RECEIVED
Jul 1 2010

ONE DEPOSIT RECEIVED
Jul 1 2010

EXAMINED BY

CORRESPONDENCE ☑

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** List in order of publication

TITLE ▼
National Gas Week

ISSN ▼
8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 23 | June 7, 2010 | June 7, 2010 |
| 2. | 26 | 24 | June 14, 2010 | June 14, 2010 |
| 3. | 26 | 25 | June 21, 2010 | June 21, 2010 |
| 4. | 26 | 26 | June 28, 2010 | June 28, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application. Part of the conditions specified in the instructions on the back of this form are met, that I have deposited two complementary subscription copies as specified in the instructions, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name    Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name    Deborah A. Brown                Daytime telephone    646-616-0824

Address (if other than given below)

Fax    212-532-4479          Email    dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number    DA083550
Name of account

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

119

U.S. Government Printing Office: 2002-496-605/40,179

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6–778–526

EFFECTIVE DATE OF REGISTRATION

AUG 04 2010

APPLICATION RECEIVED
AUG 04 2010
ONE AUG 04 2010

EXAMINED BY ☐ CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**     Natural Gas Week     ISSN ▼     8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 27 | July · · 5 ; 2010 | July · · 5, 2010 |
| 2. | 26 | 28 | July · · 12 ; 2010 | July · · 12, 2010 |
| 3. | 26 | 29 | July · · 19 ; 2010 | July · · 19, 2010 |
| 4. | 26 | 30 | July · · 26 ; 2010 | July · · 26, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS:  Author's Citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Deborah Brown*     Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown     Daytime telephone  646-616-0824
Address (if other than given below)

Fax  212-532-4479     Email  dbrown@energyintel.com



Certificate will be mailed in window envelope to this address:

Name ▼  None ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—20,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003 406 60/49/019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-716-398

REGISTRATION NUMBER

REGISTERED

**EFFECTIVE DATE OF REGISTRATION**

10  16  10

APPLICATION RECEIVED
OCT 16 2010

ONE DEPOSIT RECEIVED
OCT 16 2010

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**

Natural Ops Week

8756-3037

ISSN ▼

| List in order of publication | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 31 | August 2, 2010 | August 2, 2010 |
| 2. | 26 | 32 | August 9, 2010 | August 9, 2010 |
| 3. | 26 | 33 | August 16, 2010 | August 16, 2010 |
| 4. | 26 | 34 | August 23, 2010 | August 23, 2010 |
| 5. | 26 | 35 | August 30, 2010 | August 30, 2010 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

No previous registration under identical title ☐

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Deborah A. Brown*

Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A. Brown          Daytime telephone  646-616-0824

Address (if other than given below) _____

Fax  212-532-4479          Email  dbrown@energyintel.com

---



Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2000-454-856/20,019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-777-324

EFFECTIVE DATE OF REGISTRATION

10 16 10

APPLICATION RECEIVED
OCT 16 2010

ONE DEPOSIT RECEIVED
OCT 16 2010

EXAMINED

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**  Natural Gas Week

ISSN ▼  8756-3037

**List in order of publication**

| Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. | 26 | 36 | September 6, 2010 | September 6, 2010 |
| 2. | 26 | 37 | September 13, 2010 | September 13, 2010 |
| 3. | 26 | 38 | September 20, 2010 | September 20, 2010 |
| 4. | 26 | 39 | September 27, 2010 | September 27, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼  *Deborah A Brown*

Typed or printed name ▼  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown   Daytime telephone  646-616-0824

Address (if other than given below)

Fax  212-532-4479   Email  dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number  DA063550

Name of account  Energy Intelligence Group

**Certificate will be mailed in window envelope to this address:**

Name▼  Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street▼  5 East 37th Street, 5th Floor

City/State/ZIP▼  New York, NY 10016-2807

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—71,000   Web Rev. July 2008   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60119

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TX 6-718-335

**EFFECTIVE DATE OF REGISTRATION**

NOVEMBER 12, 2010

**APPLICATION RECEIVED** 11/12/10

**ONE DEPOSIT RECEIVED** 11/12/10

**EXAMINED BY** JH

**CORRESPONDENCE** ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

**TITLE ▼**

Natural Gas Week

**ISSN ▼** 8756-3037

**List in order of publication**

No. previous registration under identical title

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 40 | October 4, 2010 | October 4, 2010 |
| 2. | 26 | 41 | October 11, 2010 | October 11, 2010 |
| 3. | 26 | 42 | October 18, 2010 | October 18, 2010 |
| 4. | 26 | 43 | October 25, 2010 | October 25, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼ Domicile ▼ Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name Deborah A. Brown
Address (if other than given below)

Daytime telephone 646-616-0824

Fax 212-532-4479    Email dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number DA063550
Name of account Energy Intelligence Group

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street ▼
5 East 37th Street, 5th Floor

City/State/Zip ▼
New York, NY 10016-2807



Mail to:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000  Web Rev. July 2002  Printed on recycled paper

U.S. Government Printing Office: 2000-461-505/20,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallata*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-782-086

EFFECTIVE DATE OF REGISTRATION

01 - 12 - 11

APPLICATION RECEIVED
JAN 12 2011

ONE DEPOSIT RECEIVED
JAN 12 2011

EXAMINED BY _____ CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE ▼

Natural Gas Week                   ISSN ▼ 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 44 | November 1, 2010 | November 1, 2010 |
| 2. | 26 | 45 | November 8, 2010 | November 8, 2010 |
| 3. | 26 | 46 | November 15, 2010 | November 15, 2010 |
| 4. | 26 | 47 | November 22, 2010 | November 22, 2010 |
| 5. | 26 | 48 | November 29, 2010 | November 29, 2010 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

List in order of publication

No previous registration under this title ☐

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the backside of this form are met, that I have deposited two complimentary subscription copies to the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name   Deborah A. Brown

Handwritten signature (X): *Deborah A. Brown*

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name ▼   Deborah A. Brown         Daytime telephone   646-616-2824

Address (if other than given below) ▼

Fax  212-532-4479     Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550

Name of account
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper   U.S. Government Printing Office: 2000-461-113/20019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-782-083

EFFECTIVE DATE OF REGISTRATION

01 - 12 - 11

APPLICATION RECEIVED
JAN 12 2011

ONE DEPOSIT RECEIVED
JAN 12 2011

EXAMINED BY ___ RMC

CORRESPONDENCE ☐

USN ▼  E756-3037

**DO NOT WRITE ABOVE THIS LINE**

## 1

**List in order of publication**

No previous registration under identified title ☐

**TITLE ▼**  Natural Gas Week

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. | 26 | 49 | December 8, 2010 | December 6, 2010 |
| 2. | 26 | 50 | December 19, 2010 | December 13, 2010 |
| 3. | 26 | 51 | December 20, 2010 | December 20, 2010 |
| 4. | 26 | 52 | December 27, 2010 | December 27, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscriptions for each issue in this application correct to the best of my knowledge.

Handwritten signature (X) ▼  _Deborah A. Brown_

Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown          Daytime telephone  646-616-0824

Address (if other than given below) _____

Fax  212-532-4479          Email  dbrown@energyintel.com

---

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account  Energy Intelligence Group

Certificate will be mailed in window envelope to this address:

Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼  5 East 37th Street, 5th Floor
City/State/ZIP ▼  New York, NY 10016-2807

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Form SE/Group 2002—20,000  Web Rev. July 2002  Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019