# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-087**

EFFECTIVE DATE OF REGISTRATION
03-21-11

APPLICATION RECEIVED: MAR 2, 2011
ONE DEPOSIT RECEIVED: MAR 2, 2011
EXAMINED BY: SMC
CORRESPONDENCE: ☐

DO NOT WRITE ABOVE THIS LINE.

**1 TITLE** ▼  Natural Gas Week   **ISSN** ▼  8756-3037

List in order of publication:

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication▼ |
|---|---|---|---|---|
| 1. | 27 | 1 | January 3, 2011 | |
| 2. | 27 | 2 | January 10, 2011 | |
| 3. | 27 | 3 | January 17, 2011 | |
| 4. | 27 | 4 | January 24, 2011 | |
| 5. | 27 | 5 | January 31, 2011 | |
| 6. | | | | January 3, 2011 |
| 7. | | | | January 10, 2011 |
| 8. | | | | January 17, 2011 |
| 9. | | | | January 24, 2011 |
| 10. | | | | January 31, 2011 |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

☐ No previous registration under identical title

**2 NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE** ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complementary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah Brown*
Typed or printed name: Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name: Deborah A. Brown   Daytime telephone: 646-616-0824
Address (if other than given below):
Fax: 212-532-4479   Email: dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number: DA083550
Name of account: Energy Intelligence Group

Certificate will be mailed in window envelope to this address:
Name: Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt: 5 East 37th Street, 5th Floor
City/State/ZIP: New York, NY 10016-2807

Mail To: Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,018

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

---

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**
TX 6-782-084

**EFFECTIVE DATE OF REGISTRATION**
03 - 21 - 11

**APPLICATION RECEIVED:** MAR 21, 2011
**ONE DEPOSIT RECEIVED:** MAR 21, 2011
**EXAMINED BY:** SMC
**CORRESPONDENCE:** ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1 TITLE ▼**  Natural Gas Week

**ISSN ▼**  8756-3037

| List in order of publication | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 6 | February 7, 2011 | February 7, 2011 |
| 2. | 27 | 7 | February 14, 2011 | February 14, 2011 |
| 3. | 27 | 8 | February 21, 2011 | February 21, 2011 |
| 4. | 27 | 9 | February 28, 2011 | February 28, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

☐ No previous registration under identical title

**2 NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Deborah A. Brown_    Typed or printed name: Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name: Deborah A. Brown
Address (if other than given below)
Daytime telephone: 646-616-0824
Fax: 212-532-4479
Email: dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number: DA083550
Name of account: Energy Intelligence Group

**Certificate will be mailed in window envelope to this address:**

Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼ 5 East 37th Street, 5th Floor
City/State/ZIP ▼ New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-781-709

EFFECTIVE DATE OF REGISTRATION
MAY 05 2011

APPLICATION RECEIVED MAY 05 2011
ONE DEPOSIT RECEIVED MAY 05 2011
EXAMINED BY: mc
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

### 1 TITLE ▼
Natural Gas Week

ISSN ▼ 8756-3037

**List in order of publication**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 10 | March 7, 2011 | March 7, 2011 |
| 2. | 27 | 11 | March 14, 2011 | March 14, 2011 |
| 3. | 27 | 12 | March 21, 2011 | March 21, 2011 |
| 4. | 27 | 13 | March 28, 2011 | March 28, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

☐ No previous registration under identical title

### 2 NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown     Daytime telephone  646-616-0824

Address (if other than given below) _____

Fax  212-532-4479     Email  dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account  Energy Intelligence Group

| Certificate will be mailed in window envelope to this address: | Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼  5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼  New York, NY 10016-2807 |

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000    Web Rev: July 2002    Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-781-708**

EFFECTIVE DATE OF REGISTRATION
**MAY 05 2011**

APPLICATION RECEIVED  MAY 05 2011
ONE DEPOSIT RECEIVED  MAY 05 2011
EXAMINED BY  *mc*
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE ▼**  Natural Gas Week       **ISSN ▼** 8756-3037

### 1  List in order of publication

☒ No previous registration under identical title

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 14 | April 4, 2011 | April 4, 2011 |
| 2. | 27 | 15 | April 11, 2011 | April 11, 2011 |
| 3. | 27 | 16 | April 18, 2011 | April 18, 2011 |
| 4. | 27 | 17 | April 25, 2011 | April 25, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

### 2  NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼ _____  Domicile ▼ _____  Nation of publication ▼ _____

**CERTIFICATION**\*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____*Deborah A. Brown*_____   Typed or printed name  Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown                    Daytime telephone  646-616-0824

Address (if other than given below) _____

Fax  212-532-4479                         Email  dbrown@energyintel.com

---

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown  **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor  **City/State/ZIP ▼** New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account  Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-085**

EFFECTIVE DATE OF REGISTRATION
07 - 07 - 11

APPLICATION RECEIVED: JUL 07 2011
ONE DEPOSIT RECEIVED: JUL 07 2011
EXAMINED BY: [signature]
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**TITLE▼** Natural Gas Week
**ISSN▼** 8756-3037

**1** List in order of publication

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication▼ |
|---|---|---|---|---|
| 1. | 27 | 18 | May 2, 2011 | May 2, 2011 |
| 2. | 27 | 19 | May 9, 2011 | May 9, 2011 |
| 3. | 27 | 20 | May 16, 2011 | May 16, 2011 |
| 4. | 27 | 21 | May 23, 2011 | May 23, 2011 |
| 5. | 27 | 22 | May 30, 2011 | May 30, 2011 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

☐ No previous registration under identical title

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*   Typed or printed name Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name Deborah A. Brown
Address (if other than given below) _____
Daytime telephone 646-616-0824
Fax 212-532-4479   Email dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name▼ Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP▼ New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number DA083550
Name of account Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-083**

EFFECTIVE DATE OF REGISTRATION
07-07-11

APPLICATION RECEIVED: JUL 07 2011
ONE DEPOSIT RECEIVED: JUL 07 2011
EXAMINED BY: [initials]
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

### 1 TITLE ▼
Natural Gas Week

ISSN ▼ 8756-3037

**List in order of publication**

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 23 | June 6, 2011 | June 6, 2011 |
| 2. | 27 | 24 | June 13, 2011 | June 13, 2011 |
| 3. | 27 | 25 | June 20, 2011 | June 20, 2011 |
| 4. | 27 | 26 | June 27, 2011 | June 27, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

☐ No previous registration under identical title

### 2 NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name **Deborah A. Brown**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name **Deborah A. Brown** Daytime telephone **646-616-0824**

Address (if other than given below) _____

Fax **212-532-4479** Email **dbrown@energyintel.com**

**DEPOSIT ACCOUNT**
Account number **DA083550**
Name of account **Energy Intelligence Group**

Certificate will be mailed in window envelope to this address:

Name ▼ Energy Intelligence Group/Attn: Deborah A. Brown
Number/Street/Apt ▼ 5 East 37th Street, 5th Floor
City/State/ZIP ▼ New York, NY 10016-2807

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000 Web Rev: July 2002 Printed on recycled paper U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

---

Form SE/Group
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-782-121**

EFFECTIVE DATE OF REGISTRATION

9-8-11

APPLICATION RECEIVED: SEP 08 2011
ONE DEPOSIT RECEIVED: SEP 08 2011
EXAMINED BY: [initials]
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE ▼
Natural Gas Week

ISSN ▼
8756-3037

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 27 | July 4, 2011 | July 4, 2011 |
| 2. | 27 | 28 | July 11, 2011 | July 11, 2011 |
| 3. | 27 | 29 | July 18, 2011 | July 18, 2011 |
| 4. | 27 | 30 | July 25, 2011 | July 25, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

☐ No previous registration under identical title

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼ _____ Domicile ▼ _____ Nation of publication ▼ _____

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited into compliant subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Deborah A. Brown*

Typed or printed name: Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name: Deborah A. Brown
Address (if other than given below): _____
Daytime telephone: 646-616-0824
Fax: 212-532-4479
Email: dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number: DA083550
Name of account: Energy Intelligence Group

Mail To:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000    Web Rev: July 2002    Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-625-308**

Effective date of registration:
September 18, 2011

---

**Title**

Title of Work: Natural Gas Week

ISSN: 8756-3037

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 27 | July 4, 2011 | July 4, 2011 |
| 27 | 28 | July 11, 2011 | July 11, 2011 |
| 27 | 29 | July 18, 2011 | July 18, 2011 |
| 27 | 30 | July 25, 2011 | July 25, 2011 |

**Author**

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective Work
- Work made for hire: Yes
- Nation of 1st Publication: United States

**Copyright Claimant**

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

**Certification**

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-548-482**

Effective date of registration:
September 8, 2011

---

## Title

**Title of Work:** Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 31 | August 1, 2011 | August 1, 2011 |
| 27 | 32 | August 8, 2011 | August 8, 2011 |
| 27 | 33 | August 15, 2011 | August 15, 2011 |
| 27 | 34 | August 22, 2011 | August 22, 2011 |
| 27 | 35 | August 29, 2011 | August 29, 2011 |

## Author

- **Author:** Energy Intelligence Group, Inc.
- **Author Created:** collective work
- **Work made for hire:** Yes
- **Nation of 1st Publication:** United States

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

**Name:** Deborah A. Brown

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TX 7-548-479**

**Effective date of registration:**
November 15, 2011

---

**Title**

Title of Work: Natural Gas Week

ISSN: 8756-3037

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 36 | September 5, 2011 | September 5, 2011 |
| 27 | 37 | September 12, 2011 | September 12, 2011 |
| 27 | 38 | September 19, 2011 | September 19, 2011 |
| 27 | 39 | September 26, 2011 | September 26, 2011 |

**Author**

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective work
- Work made for hire: Yes
- Nation of 1st Publication: United States

**Copyright Claimant**

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016

**Certification**

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:
**TX 7-548-471**
Effective date of registration:
November 15, 2011

## Title

Title of Work: Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 40 | October 3, 2011 | October 3, 2011 |
| 27 | 41 | October 10, 2011 | October 10, 2011 |
| 27 | 42 | October 17, 2011 | October 17, 2011 |
| 27 | 43 | October 24, 2011 | October 24, 2011 |
| 27 | 44 | October 31, 2011 | October 31, 2011 |

Nation of 1st Publication: United States

## Author

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective Work
- Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TX 7-548-402**
Effective date of registration:
January 23, 2012

---

**Title**

Title of Work: Natural Gas Week

ISSN: 8756-3037

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 45 | November 7, 2011 | November 7, 2011 |
| 27 | 46 | November 14, 2011 | November 14, 2011 |
| 27 | 47 | November 21, 2011 | November 21, 2011 |
| 27 | 48 | November 28, 2011 | November 28, 2011 |

**Author**

Nation of 1st Publication: United States

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

**Copyright Claimant**

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

**Certification**

Name: Deborah A. Brown

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:
**TX 7-548-383**

Effective date of registration:
January 23, 2012

---

## Title

**Title of Work:** Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 49 | December 5, 2011 | December 5, 2011 |
| 27 | 50 | December 12, 2011 | December 12, 2011 |
| 27 | 51 | December 19, 2011 | December 19, 2011 |
| 27 | 52 | December 26, 2011 | December 26, 2011 |

## Author

- **Author:** Energy Intelligence Group, Inc.
- **Author Created:** Collective work
- **Work made for hire:** Yes
- **Nation of 1st Publication:** United States

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown