# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:
**TX 7-548-409**

Effective date of registration:
March 7, 2012

## Title

Title of Work: Natural Gas Week
ISSN: 8756 3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 1 | January 2, 2012 | January 2, 2012 |
| 28 | 2 | January 9, 2012 | January 9, 2012 |
| 28 | 3 | January 16, 2012 | January 16, 2012 |
| 28 | 4 | January 23, 2012 | January 23, 2012 |
| 28 | 5 | January 30, 2012 | January 30, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: collective work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-548-677**

Effective date of registration:

March 7, 2012

## Title

Title of Work: Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 6 | February 6, 2012 | February 6, 2012 |
| 28 | 7 | February 13, 2012 | February 13, 2012 |
| 28 | 8 | February 20, 2012 | February 20, 2012 |
| 28 | 9 | February 27, 2012 | February 27, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.

Author Created: Collective Work

Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-548-678**

Effective date of registration:

May 14, 2012

## Title

Title of Work: Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 10 | March 5, 2012 | March 5, 2012 |
| 28 | 11 | March 12, 2012 | March 12, 2012 |
| 28 | 12 | March 19, 2012 | March 19, 2012 |
| 28 | 13 | March 26, 2012 | March 26, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.

Author Created: Collective Work

Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-548-675**

Effective date of registration:
May 14, 2012

## Title

Title of Work: Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 14 | April 2, 2012 | April 2, 2012 |
| 28 | 15 | April 9, 2012 | April 9, 2012 |
| 28 | 16 | April 16, 2012 | April 16, 2012 |
| 28 | 17 | April 23, 2012 | April 23, 2012 |
| 28 | 18 | April 30, 2012 | April 30, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-548-457**

Effective date of registration:
June 19, 2012

## Title

Title of Work: Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 19 | May 7, 2012 | May 7, 2012 |
| 28 | 20 | May 14, 2012 | May 14, 2012 |
| 28 | 21 | May 21, 2012 | May 21, 2012 |
| 28 | 22 | May 28, 2012 | May 28, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: collective work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:
**TX 7-547-966**

Effective date of registration:
July 19, 2012

## Title

Title of Work: Natural Gas Week

ISSN: 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 23 | June 4, 2012 | June 4, 2012 |
| 28 | 24 | June 11, 2012 | June 11, 2012 |
| 28 | 25 | June 18, 2012 | June 18, 2012 |
| 28 | 26 | June 25, 2012 | June 25, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-547-965**

Effective date of registration:

July 19, 2012

## Title

| | |
|---|---|
| Title of Work: | Natural Gas Week |
| ISSN: | 8756-3037 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 27 | July 2, 2012 | July 2, 2012 |
| 28 | 28 | July 9, 2012 | July 9, 2012 |
| 28 | 29 | July 16, 2012 | July 16, 2012 |

Nation of 1st Publication: United States

## Author

| | |
|---|---|
| Author: | Energy Intelligence Group, Inc. |
| Author Created: | collective work |
| Work made for hire: | Yes |

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-664-057**

Effective date of registration:

August 21, 2012

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 30 | July 23, 2012 | July 23, 2012 |
| 28 | 31 | July 30, 2012 | July 30, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-615-848

Effective date of registration:

October 10, 2012

---

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 32 | August 6, 2012 | August 6, 2012 |
| 28 | 33 | August 13, 2012 | August 13, 2012 |
| 28 | 34 | August 20, 2012 | August 20, 2012 |
| 28 | 35 | August 27, 2012 | August 27, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-614-509

Effective date of registration:

October 10, 2012

## Title

Title of Work:  Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 36 | September 3, 2012 | September 3, 2012 |
| 28 | 37 | September 10, 2012 | September 10, 2012 |
| 28 | 38 | September 17, 2012 | September 17, 2012 |
| 28 | 39 | September 24, 2012 | September 24, 2012 |

Nation of 1st Publication:  United States

## Author

Author:  Energy Intelligence Group, Inc.
Author Created:  Collective Work
Work made for hire:  Yes

## Copyright Claimant

Copyright Claimant:  Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name:  Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX0 8-054-500**
Effective Date of Registration:
December 12, 2012

## Title
            Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 40 | October 1, 2012 | October 01, 2012 |
| 28 | 41 | October 8, 2012 | October 08, 2012 |
| 28 | 42 | October 15, 2012 | October 15, 2012 |
| 28 | 43 | October 22, 2012 | October 22, 2012 |
| 28 | 44 | October 29, 2012 | October 29, 2012 |

Nation of 1st Publication: United States

## Author
            Author: Energy Intelligence Group, Inc.
            Author Created: Collective Works
            Work made for hire: Yes

## Copyright Claimant
            Copyright Claimant: Energy Intelligence Group, Inc.
            5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification
            Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**TX0 8-054-516**
Effective Date of Registration:
December 12, 2012

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 45 | November 5, 2012 | November 05, 2012 |
| 28 | 46 | November 12, 2012 | November 12, 2012 |
| 28 | 47 | November 19, 2012 | November 19, 2012 |
| 28 | 48 | November 26, 2012 | November 26, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Works
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-690-101

Effective date of registration:

March 4, 2013

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 49 | December 3, 2012 | December 3, 2012 |
| 28 | 50 | December 10, 2012 | December 10, 2012 |
| 28 | 51 | December 17, 2012 | December 17, 2012 |
| 28 | 52 | December 24, 2012 | December 24, 2012 |
| 28 | 53 | December 31, 2012 | December 31, 2012 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

Page 1 of 1