# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TX 7-690-170**

Effective date of registration:
March 4, 2013

---

**Title**

Title of Work: Natural Gas Week

---

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 1 | January 7, 2013 | January 7, 2013 |
| 29 | 2 | January 14, 2013 | January 14, 2013 |
| 29 | 3 | January 21, 2013 | January 21, 2013 |
| 29 | 4 | January 28, 2013 | January 28, 2013 |

---

**Author**

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective Work
- Work made for hire: Yes
- Nation of 1st Publication: United States

---

**Copyright Claimant**

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016

---

**Certification**

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-707-489**

Effective date of registration:
April 24, 2013

---

### Title
- **Title of Work:** Natural Gas Week

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 5 | February 4, 2013 | February 4, 2013 |
| 29 | 6 | February 11, 2013 | February 11, 2013 |
| 29 | 7 | February 18, 2013 | February 18, 2013 |
| 29 | 8 | February 25, 2013 | February 25, 2013 |

- **Nation of 1st Publication:** United States

### Author
- **Author:** Energy Intelligence Group, Inc.
- **Author Created:** Collective Work
- **Work made for hire:** Yes

### Copyright Claimant
- **Copyright Claimant:** Energy Intelligence Group, Inc.
  5 East 37th Street, 5th Floor, New York, NY, 10016-2807

### Certification
- **Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:
**TX 7-704-668**

Effective date of registration:
April 24, 2013

---

**Title**

    Title of Work:  Natural Gas Week

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 9 | March 4, 2013 | March 4, 2013 |
| 29 | 10 | March 11, 2013 | March 11, 2013 |
| 29 | 11 | March 18, 2013 | March 18, 2013 |
| 29 | 12 | March 25, 2013 | March 25, 2013 |

    Nation of 1st Publication:  United States

**Author**

    Author:  Energy Intelligence Group, Inc.
    Author Created:  Collective Work
    Work made for hire:  Yes

**Copyright Claimant**

    Copyright Claimant:  Energy Intelligence Group, Inc.
    5 East 37th Street, 5th Floor, New York, New York  10016-2807

**Certification**

    Name:  Deborah A. Brown



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-729-230**

Effective date of registration:

July 2, 2013

---

**Title**

    Title of Work: Natural Gas Week

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 13 | April 1, 2013 | April 1, 2013 |
| 29 | 14 | April 8, 2013 | April 8, 2013 |
| 29 | 15 | April 15, 2013 | April 15, 2013 |
| 29 | 16 | April 22, 2013 | April 22, 2013 |
| 29 | 17 | April 29, 2013 | April 29, 2013 |

**Author**

    Author: Energy Intelligence Group, Inc.
    Author Created: Collective Work
    Work made for hire: Yes
    Nation of 1st Publication: United States

**Copyright Claimant**

    Copyright Claimant: Energy Intelligence Group, Inc.
    5 East 37th Street, 5th Floor, New York, NY, 10016-2807

**Certification**

    Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TX 7-732-224**

Effective date of registration:
July 2, 2013

---

**Title**

Title of Work: Natural Gas Week

---

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 18 | May 6, 2013 | May 6, 2013 |
| 29 | 19 | May 13, 2013 | May 13, 2013 |
| 29 | 20 | May 20, 2013 | May 20, 2013 |
| 29 | 21 | May 27, 2013 | May 27, 2013 |

Nation of 1st Publication: United States

---

**Author**

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective Works
- Work made for hire: Yes

---

**Copyright Claimant**

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY 10016-2807

---

**Certification**

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TX 7-729-068**
Effective date of registration:
July 3, 2013

---

**Title**

Title of Work: Natural Gas Week

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 22 | June 3, 2013 | June 3, 2013 |
| 29 | 23 | June 10, 2013 | June 10, 2013 |
| 29 | 24 | June 17, 2013 | June 17, 2013 |
| 29 | 25 | June 24, 2013 | June 24, 2013 |

Nation of 1st Publication: United States

**Author**

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective Work
- Work made for hire: Yes

**Copyright Claimant**

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

**Certification**

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX0 7-759-289**
Effective Date of Registration:
September 24, 2013

---

**Title**

　　Title of Work:　Natural Gas Week

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 26 | July 1, 2013 | July 01, 2013 |
| 29 | 27 | July 8, 2013 | July 08, 2013 |
| 29 | 28 | July 15, 2013 | July 15, 2013 |
| 29 | 29 | July 22, 2013 | July 22, 2013 |
| 29 | 30 | July 29, 2013 | July 29, 2013 |

**Author**

　　Nation of 1st Publication:　United States

- 　　Author:　Energy Intelligence Group, Inc.
　　Author Created:　Collective Works
　　Work made for hire:　Yes

**Copyright Claimant**

　　Copyright Claimant:　Energy Intelligence Group, Inc.
　　5 East 37th Street, 5th Floor, New York, NY 10016-2807

**Certification**

　　Name:　Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**TX0 7-759-092**
Effective Date of Registration:
September 24, 2013

---

### Title

Title of Work: Natural Gas Week

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 29 | 31 | August 5, 2013 | August 05, 2013 |
| 29 | 32 | August 12, 2013 | August 12, 2013 |
| 29 | 33 | August 19, 2013 | August 19, 2013 |
| 29 | 34 | August 26, 2013 | August 26, 2013 |

### Author

- Author: Energy Intelligence Group, Inc.
  Author Created: Collective Works
  Work made for hire: Yes

Nation of 1st Publication: United States

### Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th, 5th Floor, New York, NY 10016-2807

### Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:
**TX 7-893-687**

Effective date of registration:
November 12, 2013

---

**Title**

    Title of Work: Natural Gas Week

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 35 | September 2, 2013 | September 2, 2013 |
| 29 | 36 | September 9, 2013 | September 9, 2013 |
| 29 | 37 | September 16, 2013 | September 16, 2013 |
| 29 | 38 | September 23, 2013 | September 23, 2013 |
| 29 | 39 | September 30, 2013 | September 30, 2013 |

    Nation of 1st Publication: United States

**Author**

    Author: Energy Intelligence Group, Inc.
    Author Created: Collective Work
    Work made for hire: Yes

**Copyright Claimant**

    Copyright Claimant: Energy Intelligence Group, Inc.
    5 East 37th Street, 5th Floor, New York, NY 10016-2807

**Certification**

    Name: Deborah A. Brown

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TX 7-808-532**

Effective date of registration:
November 12, 2013

---

**Title**

Title of Work: Natural Gas Week

---

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 40 | October 7, 2013 | October 7, 2013 |
| 29 | 41 | October 14, 2013 | October 14, 2013 |
| 29 | 42 | October 21, 2013 | October 21, 2013 |
| 29 | 43 | October 28, 2013 | October 28, 2013 |

Nation of 1st Publication: United States

---

**Author**

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective Work
- Work made for hire: Yes

---

**Copyright Claimant**

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

---

**Certification**

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-955-200**

Effective date of registration:
January 10, 2014

---

**Title**

    Title of Work:  Natural Gas Week

**Issue(s)**

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 44 | November 4, 2013 | November 4, 2013 |
| 29 | 45 | November 11, 2013 | November 11, 2013 |
| 29 | 46 | November 18, 2013 | November 18, 2013 |
| 29 | 47 | November 25, 2013 | November 25, 2013 |

**Author**

    Nation of 1st Publication:  United States

                  Author:  Energy Intelligence Group, Inc.
      Author Created:  Collective Work
   Work made for hire:  Yes

**Copyright Claimant**

    Copyright Claimant:  Energy Intelligence Group, Inc.
                                 5 East 37th Street, 5th Floor, New York, NY, 10016-2807

**Certification**

          Name:  Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TX 7-809-217**
Effective date of registration:
January 10, 2014

---

### Title

**Title of Work:** Natural Gas Week

---

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 29 | 48 | December 2, 2013 | December 2, 2013 |
| 29 | 49 | December 9, 2013 | December 9, 2013 |
| 29 | 50 | December 16, 2013 | December 16, 2013 |
| 29 | 51 | December 23, 2013 | December 23, 2013 |
| 29 | 52 | December 30, 2013 | December 30, 2013 |

---

### Author

- **Author:** Energy Intelligence Group, Inc.
- **Author Created:** Collective Work
- **Work made for hire:** Yes
- **Nation of 1st Publication:** United States

---

### Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

---

### Certification

**Name:** Deborah A. Brown