# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-875-065

Effective date of registration:

February 12, 2014

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 1 | January 6, 2014 | January 6, 2014 |
| 30 | 2 | January 13, 2014 | January 13, 2014 |
| 30 | 3 | January 20, 2014 | January 20, 2014 |
| 30 | 4 | January 27, 2014 | January 27, 2014 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Works
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-890-593**

Effective date of registration:
April 29, 2014

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 5 | February 3, 2014 | February 3, 2014 |
| 30 | 6 | February 10, 2014 | February 10, 2014 |
| 30 | 7 | February 17, 2014 | February 17, 2014 |
| 30 | 8 | February 24, 2014 | February 24, 2014 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-931-297

Effective date of registration:

April 28, 2014

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 9 | March 3, 2014 | March 3, 2014 |
| 30 | 10 | March 10, 2014 | March 10, 2014 |
| 30 | 11 | March 17, 2014 | March 17, 2014 |
| 30 | 12 | March 24, 2014 | March 24, 2014 |
| 30 | 13 | March 31, 2014 | March 31, 2014 |

Nation of 1st Publication: United States

## Author

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective Work
- Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-890-783**

Effective date of registration:

May 21, 2014

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 14 | April 7, 2014 | April 7, 2014 |
| 30 | 15 | April 14, 2014 | April 14, 2014 |
| 30 | 16 | April 21, 2014 | April 21, 2014 |
| 30 | 17 | April 28, 2014 | April 28, 2014 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-941-627**

Effective date of registration:
July 9, 2014

## Title

    Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 18 | May 5, 2014 | May 5, 2014 |
| 30 | 19 | May 12, 2014 | May 12, 2014 |
| 30 | 20 | May 19, 2014 | May 19, 2014 |
| 30 | 21 | May 26, 2014 | May 26, 2014 |

    Nation of 1st Publication: United States

## Author

    Author: Energy Intelligence Group, Inc.
    Author Created: Collective Work
    Work made for hire: Yes

## Copyright Claimant

    Copyright Claimant: Energy Intelligence Group, Inc.
    5 East 37th Street, 5th Floor, New York, NY, 10106-2807

## Certification

    Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-950-876**

Effective date of registration:
July 9, 2014

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 22 | June 2, 2014 | June 2, 2014 |
| 30 | 23 | June 9, 2014 | June 9, 2014 |
| 30 | 24 | June 16, 2014 | June 16, 2014 |
| 30 | 25 | June 23, 2014 | June 23, 2014 |
| 30 | 26 | June 30, 2014 | June 30, 2014 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-934-488**

Effective date of registration:
September 3, 2014

---

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 27 | July 7, 2014 | July 7, 2014 |
| 30 | 28 | July 14, 2014 | July 14, 2014 |
| 30 | 29 | July 21, 2014 | July 21, 2014 |
| 30 | 30 | July 28, 2014 | July 28, 2014 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-933-036**

Effective date of registration:

September 23, 2014

## Title

Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 31 | August 4, 2014 | April 4, 2014 |
| 30 | 32 | August 11, 2014 | August 11, 2014 |
| 30 | 33 | August 18, 2014 | August 18, 2014 |
| 30 | 34 | August 25, 2014 | August 25, 2014 |

Nation of 1st Publication: United States

## Author

Author: Energy Intelligence Group, Inc.
Author Created: Collective Work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number:

**TX 7-958-666**

Effective date of registration:
November 17, 2014

## Title

      Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 35 | September 1, 2014 | September 1, 2014 |
| 30 | 36 | September 8, 2014 | September 8, 2014 |
| 30 | 37 | September 15, 2014 | September 15, 2014 |
| 30 | 38 | September 22, 2014 | September 22, 2014 |
| 30 | 39 | September 29, 2014 | September 29, 2014 |

      Nation of 1st Publication: United States

## Author

      Author: Energy Intelligence Group, Inc.
      Author Created: Collective Work
      Work made for hire: Yes

## Copyright Claimant

      Copyright Claimant: Energy Intelligence Group, Inc.
      5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

      Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX0 7-969-658**

Effective Date of Registration:
November 12, 2014

## Title

**Title of Work:** Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 40 | Octobe 6, 2014 | October 06, 2014 |
| 30 | 41 | October 13, 2014 | October 13, 2014 |
| 30 | 42 | October 20, 2014 | October 20, 2014 |
| 30 | 43 | October 27, 2014 | October 27, 2014 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Collective Work
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**TX0 7-985-943**
Effective Date of Registration:
January 20, 2015

## Title
Title of Work: Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 44 | November 3, 2014 | November 03, 2014 |
| 30 | 45 | November 10, 2014 | November 10, 2014 |
| 30 | 46 | November 17, 2014 | November 17, 2014 |
| 30 | 47 | November 24, 2014 | November 24, 2014 |

Nation of 1st Publication: United States

## Author

- Author: Energy Intelligence Group, Inc.
- Author Created: Collective work
- Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

Name: Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX0 7-985-796**
Effective Date of Registration:
January 20, 2015

## Title
**Title of Work:** Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 30 | 48 | December 1, 2014 | December 01, 2014 |
| 30 | 49 | December 8, 2014 | December 08, 2014 |
| 30 | 50 | December 15, 2014 | December 15, 2014 |
| 30 | 51 | December 22, 2014 | December 22, 2014 |
| 30 | 52 | December 29, 2014 | December 29, 2014 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Collective Work
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown