# NORTON ROSE FULBRIGHT

March 18, 2016

**Via E-Mail**
ScheindlinNYSDChambers@nysd.uscourts.gov
Angela_DelSignore@nysd.uscourts.gov

Honorable Judge Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Norton Rose Fulbright US LLP
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
United States

Direct line +1 212 318 3212
paul.keller@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/16

Re:   Request for Adjournment of Initial Pretrial Conference to Later Date
      Energy Intelligence Group, Inc. ("EIG") v. Sumitomo Corporation of Americas ("Sumitomo")
      Civil Action No. 16-cv-00857-SAS

Dear Judge Scheindlin:

In the above captioned action, the initial pretrial conference is scheduled for Friday, April 8, 2016 at 4:00 PM. Pursuant to the individuals rules and procedures of this Court, due to scheduling conflicts, Defendant Sumitomo requests an adjournment of this conference to one of the proposed dates below, on which both parties are available. There is no opposition from opposing counsel.

- Friday, April 22, 2016;
- Monday, April 25, 2016; or
- Tuesday, May 3, 2016.

Defendant will notify all other parties of the new date. This letter is simultaneously being served on opposing counsel via e-mail.

Respectfully submitted,

Paul Keller

PBK
cc:   Thomas H. Curtin (thcurtin@powleygibson.com)
      Counsel for Plaintiff EIG

*Handwritten order:* Request granted. The initial conference scheduled for April 8, 2016 has been adjourned and rescheduled for April 26, 2016 at 4 pm.

SO ORDERED

Shira A. Scheindlin, USDJ
3/22/16

36105663.1

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.